# Expert Report
# of Dale Belman, Ph.D

# Exhibit I

March, 2015

**Dale L. Belman**

School of Labor and Industrial Relations    (517) 353-3905
Michigan State University                    (517) 927-9244
East Lansing, MI 48842-1032                  drdale@msu.edu

**Appointments**:
*Michigan State University*
School of Labor and Industrial Relations (SLIR) and Department of Economics
   Professor, 2005 to current
   Acting Director, (SLIR), Fall 2005
   Associate Director for the Academic Program, (SLIR), 2003 – 2006
   Associate Professor, (SLIR), 2000 - 2005

*University of Wisconsin Milwaukee*
   Professor of Economics, 1985 - 2001
   Co-Director, Master's Program in Industrial and Labor Relations, 1993 - 1996
   Associate Director, Master's Program in Industrial and Labor Relations, 1987 - 1992
   Assistant Professor, Department of Economics, 1986 - 1990
   Lecturer, Department of Economics, UWM, Fall 1985

*Institute for Construction Economics Research*
   President, 2014

*Labor and Employment Relations Association*
   Co-Chair, Construction Industry Council, **2010 - 2013**

*Economic Policy Institute*
   Research Associate, 1995

*Amalgamated Clothing and Textile Workers Union*
   International Representative, Synthetic Fibers Division, 1977-1979

*U.S. Department of Labor*
   Industrial Relations Specialist, Labor-Management Services Administration, 1979-1980

**Education**:
   Ph.D., Economics, University of Wisconsin-Madison, 1986
   M.A., Economics, University of Wisconsin-Madison, 1983
   B.A., Economics and Sociology, Bowdoin College, 1977

**Honors and Awards**:
   Graduate School Research Fellowships, UWM, 1987 & 1992
   Graduate School Research Development Grant, UWM, 1989
   Wisconsin Alumni Research Association Fellowship, 1980-81
   Noyes Political Economy Prize, 1977
   Phi Beta Kappa, 1977

**Grants**:
*Funded:*
Principal Investigator, <u>Improving Construction Demand Forecasting</u>, 2011-2013.
Annie E. Casey Foundation: Amount: $49,875

Principal Investigator (with Paul Wolfson), <u>What Does the Minimum Wage Do?</u> 2008 – 2010.
W.E. Upjohn Foundation: Amount: $52,000.

Co-Principal Investigator, <u>The Effect of "No Child Left Behind" on the Adoption of Innovations in Public Schools</u>, 2010-2012.
National Science Foundation: Amount: $690,000

Principal Investigator, <u>Work Organization and Work Life of Construction Workers: Development of a Representative Survey</u>, 2009 -2010.
Center for Construction Safety and Research/ Center for Disease Control/ National Institute for Occupational Safety and Health: Amount: $65,000.00.

Principal Investigator, <u>Misclassification of Construction Workers in Michigan</u>, 2011-2012.
Institute for Public Policy and Social Research, MSU, Amount: $25,000.00.

Co-Principal Investigator: <u>Project Labor Agreements</u>, 2006-2007.
Electric21 Foundation (National Electrical Contracting Foundation): Amount: $138,743.00.

Co-Principal Investigator, <u>Employment, Labor and Manufacturing in Michigan: A Project on Marketing Michigan's Labor-Management Strengths</u>, 2005.
State of Michigan, Amount:   $143,000.00.

Associate Director, <u>Trucking Industry Program</u>, 1995 – 2001.
Alfred P. Sloan Foundation Industry Studies Program: Amount $4.5 million.

Co-Principal Investigator, <u>Changing Careers and Compensation in America's Largest Employers: Internal Labor Markets from 1955 to 1995</u>, 2002 - 2003.
W. J. Upjohn Institute for Employment Research: Amount: $50,000.00.

Principal Investigator, <u>Occupational Tenure in Construction: Implications for Work life</u> , 2001-2002.
Center for Construction Safety and Training, Amount: $20,000.00.

*Current Submissions:*
Principal Investigator:   <u>Improving Construction Apprentice Selection through Measuring Work Motivation and Physical Aptitude</u>
National Joint Electrical Apprenticeship Committee and Electri International, $250,000

**Publications**

### *Books and Technical Reports*

Belman, D., & Wolfson, P. (2014). *What does the minimum wage do?* Kalamazoo, MI: W.E. Upjohn Institute for Employment Research.

Belman, D., & Bodah, M. M. (2010). *Building better: A look at best practices for the design of project labor agreements*. Washington, DC: Economic Policy Institute. http://www.epi.org/publication/building_better_a_look_at_best_practices_for_the_design_of_project_labor/

Frank, K. A., Maroulis, S., Belman, D., & Kaplowitz, M. D. (2011). The social embeddedness of natural resource extraction and use in small fishing communities. In W. Taylor & M. Schecter (Eds.), *Sustainable fisheries: Multi-level approaches to a global problem* (pp. 309-332). Bethesda, MD: American Fisheries Society.

Frank, K. A., Kim, C. M., & Belman, D. (2010). Utility theory, social networks, and teacher decision making:   Modeling networks' influences on teacher attitudes and practices In A. J. Daly (Ed.), *Social network theory and educational change* (pp. 223-242). Cambridge, MA: Harvard Education Press.

Belman, D., & Block, R. (2009). *Informing the debate: The social and economic costs of employee misclassification in Michigan* East Lansing, MI: Institute for Public Policy and Social Research, Michigan State University. http://ippsr.msu.edu/publications/ARMisClass.pdf

Belman, D., & White, C. C. (Eds.). (2005). *Trucking in the age of information*. Aldershot, UK; Burlington, VT: Ashgate.

Belman, D., Monaco, K. A., & Brooks, T. J. (2005). *Sailors of the concrete sea: A portrait of truck drivers' work and lives*. East Lansing, MI: Michigan State University Press.

Wolfson, P. J. & Belman, D. (2003). *The minimum wage: consequences for prices and quantities in low-wage labor markets* (Working Paper No. 03-20). Hanover, NH: Tuck School of Business.

Levine, D. I., Belman, D., Charness, G., Groshen, E. L., & O'Shaughnessy, K. C. (2003). *Changes in careers and wage structures at large American employers*. Kalamazoo, MI: W. E. Upjohn Institute for Employment Research.

Belman, D., Charness, G., Groshen, E. L., Levine, D. I., & O'Shaughnessy, K. C. (2002). *How new is the "new employment contract"? Evidence from North American pay practices*. Kalamazoo, MI: W.E. Upjohn Institute for Employment Research.

Belman, D., Monaco, K. A., Brooks, Taggert. J. (1998). *And Lord, let it be palletized: A portrait of truck drivers' work and lives from the 1997 Survey of Truck Drivers*. Ann Arbor, MI: University of Michigan Trucking Industry Program.

Belman, D., Monaco, K., Brooks, T. J., & Burks, S. (1998). *The 1997 Survey of Truck Drivers: A preliminary report*. Ann Arbor, MI: University of Michigan Trucking Industry Program.

Belman, D., & Levine, D. I. (1998). *Have internal labor market wage structures declined in large employers?* Berkeley, CA: University of California.

Belman, D., & Wolfson, P. (1997). *A time series analysis of employment, wages, and the*

*minimum wage*. Minneapolis, MN: University of Minnesota.

Voos, P. B., & Belman, D. (1997, October). *The household income of Wisconsin union members*. Glendale, WI: Institute for Wisconsin's Future.

Belman, D., Gunderson, M., & Hyatt, D. (Eds.). (1996). *Public sector employment in a time of transition*. Madison, WI: Industrial Relations Research Association.

Belman, D. (1996). *The changing characteristics of the construction labor force: 1978-1995*. Washington, D.C.: Construction Alliance.

Belman, D., & Voos, P. B. (1996). *Prevailing wage laws in construction: The costs of repeal to Wisconsin*. Glendale, WI. Institute for Wisconsin's Future. Uhttps://www.msu.edu/~drdale/Publications/Construction%20&%20PLAs/Prevailing%20Wage%20Laws%20In%20Construction%20%20The%20Costs%20of%20Repeal%20to%20Wisconsin.PDF

Belman, D., & Heywood, J. S. (1996). *Public sector wages: Alternative measures of comparability*. Milwaukee, WI: Department of Economics, University of Wisconsin-Milwaukee.

Belman, D., & Wolfson, P. (1995). *An intervention analysis of employment and the minimum wage*. Milwaukee, WI: University of Wisconsin, Milwaukee.

Belman, D., & Heywood, J. S. (1993, Spring). *America's protected class: An analysis*. ashington, DC: Economic Policy Institute.

Belman, D., & Heywood, J. S. (1993, Spring). *Public and private pay in Wisconsin*. Milwaukee, WI: Wisconsin Policy Research Institute.

### *Book Chapters*

Belman, D., & Smith, A. (2009). Reconstructing construction unionism: Beyond "top down and bottom up". In G. Gall (Ed.), *The future of union organizing: Building for tomorrow* (pp. 187-204). Basingstoke, UK; New York, NY: Palgrave Macmillan.

Belman, D., & Kossek, E. E. (2006). Minority and majority truck owner operators: Entrepreneur or galvanized employees? In R. Heneman & J. Tansky (Eds.), *Human resource strategies for the high growth entrepreneurial firm* (pp. 189-222). Greenwich, CT: Information Age Publishing.

White, C. C., & Belman, D. (2006). Transformation in the logistics industry. In W. B. Rouse (Ed.), *Enterprise transformation: Understanding and enabling fundamental change* (pp. 131 - 160). Hoboken, NJ: Wiley-Interscience.

Block, R., Berg, P., & Belman, D. (2004). The economic dimension of the employment relationship. In J. Coyle-Shapiro, L. Shore & L. Tetrick (Eds.), *The employment relationship examining psychological and contextual perspectives* (pp. 94-118). Oxford, UK: Oxford University Press.

Belman, D., & Philips, P. (2005). Prevailing wage laws and minority employment in construction. In H. Azari-Rad, P. Philips & M. J. Prus (Eds.), *The economics of prevailing wage laws* (pp. 101-122). Aldershot, UK; Burlington, VT: Ashgate.

Belman, D., Lafontaine, F., & Monaco, K. A. (2005). Truck drivers in the age of information: Transformation without gain. In D. Belman & C. C. White (Eds.), *Trucking in the age of information* (pp. 183-213). Aldershot, UK; Burlington, VT: Ashgate.

Monaco, K. A., & Belman, D. (2004). An econometric analysis of the impact of technology on the work lives of truck drivers. In J. Peoples & W. K. Talley (Eds.), *Transportation labor issues and regulatory reform* (pp. 57-78). Amsterdam; Boston: Elsevier JAI.

Block, R., & Belman, D. (2003). Automotive and other manufacturing in Michigan: Output, employment, earnings and collective bargaining 1980-2000. In C. L. Ballard, P. N. Courant, D. C. Drake, R. C. Fisher & E. R. Gerber (Eds.), *Michigan at the millennium: A benchmark and analysis of its fiscal and economic structure* (pp. 145-168). East Lansing, MI: Michigan State University Press.

Belman, D., & Block, R. (2003). The impact of collective bargaining on competitiveness and employment In R. N. Block (Ed.), *Bargaining for competitiveness: Law, research, and case studies* (pp. 45-74). Kalamazoo, MI: W.E. Upjohn Institute for Employment Research.

Belman, D., & Golden, L. (2002). Which workers are non-standard and contingent? Does contingent work pay? In I. U. Zeytinoglu (Ed.), *Flexible work arrangements: Conceptualizations and international experiences* (pp. 241-268). The Hague; New York, NY: Kluwer Law International.

Belman, D., & Golden, L. (2000). Nonstandard and contingent employment: Contrasts by job type, industry, and occupation. In F. Carré, M. A. Ferber, L. Golden & S. A. Herzenberg (Eds.), *Nonstandard work: The nature and challenges of changing employment arrangements* (pp. 167-212). Champaign, IL: Industrial Relations Research Association.

Belman, D., & Goshen, E. L. (1998). Is small beautiful for employees? In Economic Policy Institute (Ed.), *Small consolation: The dubious benefits of small business for job growth and wages* (pp. 1-60). Washington, DC: Economic Policy Institute.

Belman, D., & Belzer, M. H. (1997). The regulation of labor markets: Balancing the benefits and cost of competition. In B. E. Kaufman (Ed.), *Government regulation of the employment relationship* (pp. 178-219). Madison, WI: Industrial Relations Research Association.

Belman, D., & Heywood, J. S. (1996). The structure of compensation in the public sector. In D. Belman, M. Gunderson & D. Hyatt (Eds.), *Public sector employment in a time of transition* (pp. 127-161). Madison, WI: Industrial Relations Research Association.

Belman, D., & Heywood, J. S. (1996). The structure of compensation in the public sector. In D. Belman, M. Gunderson & D. Hyatt (Eds.), *Public sector employment in a time of transition* (pp. 127-161). Madison, WI: Industrial Relations Research Association.

Belman, D., Gunderson, M., & Hyatt, D. (1996). Introduction. In D. Belman, M. Gunderson & D. Hyatt (Eds.), *Public sector employment in a time of transition* (pp. 1-20). Madison, WI: Industrial Relations Research Association.

Belman, D., & Lee, T. (1996). International trade and the performance of U. S. labor markets. In R. A. Blecker (Ed.), *U.S. trade policy and global growth: New directions in the international economy* (pp. 61-104). Armonk, NY: M.E. Sharpe.

Belman, D. (1992). Unions, the quality of labor relations, and firm performance. In L. R. Mishel & P. B. V. Voos (Eds.), *Unions and economic competitiveness* (pp. 41-108). Armonk, NY: M.E. Sharpe.

Belman, D., & Weiss, L. W. (1989). Concentration and wages: Direct and indirect effects. In L. W. Weiss (Ed.), *Concentration and price* (pp. 85-111). Cambridge, MA: MIT Press.

*Journal Articles*

Belman, D. and P. Wolfson, "Who Does the Minimum Wage Affect?"  *Industrial Relations*, forthcoming.

Berg, P., Kossek, E. E., Misra, K., & Belman, D. (2014). Work-life flexibility policies: Do unions affect employee access and use? *Industrial and Labor Relations Review, 67*(1), 111-137. doi:http://EconPapers.repec.org/RePEc:ilr:articl:v:67:y:2014:i:1:p:111-137

Pogodzinski, B., Youngs, P., Frank, K. A., & Belman, D. (2012). Administrative climate and novices' intent to remain teaching. *The Elementary School Journal, 113*(2), 252-275. doi:10.1086/667725

Belman, D. L., & Wolfson, P. (2010). The effect of legislated minimum wage increases on employment and hours: A dynamic analysis. *Labour, 24*(1), 1-25.  doi:10.1111/j.1467-9914.2010.00468.x

Belman, D., Ormiston, R., Kelso, R., Schriver, W., & Frank, K. A. (2010). Project labor agreements' effect on school construction costs in Massachusetts. *Industrial Relations: A Journal of Economy and Society, 49*(1), 44-60.  doi:10.1111/j.1468-232X.2009.00586.x

Belman, D., & Voos, P. B. (2006). Union wages and union decline: Evidence from the construction industry. *Industrial and Labor Relations Review, 60*(1), 67-87. doi:10.2307/25067575

Belman, D., & Monaco, K. (2005). Are truck drivers underpaid? *Applied Economics Letters, 12*(1), 13-18.  doi:10.1080/1350485042000291411

Belman, D., & Levine, D. I. (2004). Size, skill and sorting. *Labour, 18*(4), 515-561. doi:10.1111/j.1121-7081.2004.00277.x

Belman, D., & Heywood, J. S. (2004). Public-sector wage comparability: The role of earnings dispersion. *Public Finance Review, 32*(6), 567-587.  doi:10.1177/1091142104269657

Wolfson, P., & Belman, D. (2004). The minimum wage: Consequences for prices and quantities in low-wage labor markets. *Journal of Business & Economic Statistics, 22*(3), 296-311. doi:10.1198/073500104000000154

Belman, D., & Voos, P. B. (2004). Changes in union wage effects by industry: A fresh look at the evidence. *Industrial Relations: A Journal of Economy and Society, 43*(3), 491-519. doi:10.1111/j.0019-8676.2004.00347.x

Belman, D., & Heywood, J. S. (2004). Public wage differentials and the treatment of occupational differences. *Journal of Policy Analysis and Management, 23*(1), 135-152. doi:10.1002/pam.10183

Belman, D., Heywood, J. S., & Voos, P. B. (2002). Public sector earnings comparability: Alternative estimates for the U.S. Postal Service. *Relations Industrielle/Industrial Relations, 57*(4), 687-711. doi:10.7202/006906ar

Wolfson, P., & Belman, D. (2001). The minimum wage, employment, and the AS-IF methodology: A forecasting approach to evaluating the minimum wage. *Empirical Economics, 26*(3), 487-514. doi:10.1007/s001810000067

Belman, D. L., & Monaco, K. A. (2001). The effects of deregulation, de-unionization, technology, and human capital on the work and work lives of truck drivers. *Industrial and Labor Relations Review, 54*(2A), 502-524. doi:10.2307/2696106

Belman, D. L., & Wolfson, P. (1999). Its bark is worse than its bite: The wage and employment effects of the minimum wage in the US. *Australian Economic Papers, 38*(2), 143-163. doi:10.1111/1467-8454.00048

Belman, D., Heywood, J. S., & Lund, J. (1997). Public sector earnings and the extent of unionization. *Industrial and Labor Relations Review, 50*(4), 610-628. doi:10.2307/2525265

Belman, D., & Heywood, J. S. (1997). Sheepskin effects by cohort: Implications of job matching in a signaling model. *Oxford Economic Papers, 49*(4), 623-637. doi:10.2307/2663696

Belman, D., & Heywood, J. S. (1997). Changes in the relative provision of public-sector pensions. *Public Finance Review, 25*(4), 426-441. doi:10.1177/109114219702500404

Belman, D., & Heywood, J. S. (1995). State and local government wage differentials: An intrastate analysis. *Journal of Labor Research, 16*(2), 187-201. doi:10.1007/BF02685740

Belman, D., Franklin, T. E., & Heywood, J. S. (1994). Comparing public and private earnings using state wage surveys. *Journal of Economic and Social Measurement, 20*(2), 79-94. doi:10.3233/JEM-1994-20201

Voos, P. B., Eaton, A., & Belman, D. (1993). Reforming labor law to remove barriers to high performance work organization. *Labor Law Journal, 44*(8), 469-476.

Belman, D., & Voos, P. B. (1993). Wage effects of increased union coverage: Methodological considerations and evidence from the supermarket and aerospace industries. *Industrial and Labor Relations Review, 46*(2), 368-380.

Belman, D., & Heywood, J. S. (1993). Job attributes and federal wage differentials. *Industrial Relations: A Journal of Economy and Society, 32*(1), 148-157. doi:10.1111/j.1468-232X.1993.tb01024.x

Belman, D., Drago, R. W., & Wooden, M. (1992). Work groups, efficiency wages, and work effort. *Journal of Post Keynesian Economics, 14*(4), 497-522. Stable URL: http://www.jstor.org/stable/4538312

Belman, D., & Heywood, J. S. (1992). Wages, incentive schemes, and the role of gender. *Review of Social Economy, 50*(2), 149-162. doi:10.2307/29769608

Belman, D., & Heywood, J. S. (1991). Sheepskin effects in the returns to education: An examination of women and minorities. *The Review of Economics and Statistics, 73*(4),

720-724.   doi:10.2307/2109413

Belman, D., & Heywood, J. S. (1991). Direct and indirect effects of unionization and government employment on fringe benefit provision. *Journal of Labor Research, 12*(2), 111-122. doi:10.1007/BF02685376

Belman, D., & Heywood, J. S. (1990). The concentration-earnings hypothesis: Reconciling individual and industry data in us studies. *Oxford Bulletin of Economics and Statistics, 52*(3), 293-302.   doi:10.1111/j.1468-0084.1990.mp52003004.x

Belman, D., & Heywood, J. S. (1990). Market structure and worker quality. *The Journal of Industrial Economics, 39*(2), 155-168. doi:10.2307/2098491

Belman, D., & Heywood, J. S. (1990). The effect of establishment and firm size on public wage differentials. *Public Finance Quarterly, 18*(2), 221-235. doi:10.1177/109114219001800205

Belman, D., & Heywood, J. S. (1990). Union membership, union organization and the dispersion of wages. *The Review of Economics and Statistics, 72*(1), 148-153. doi:10.2307/2109751

Belman, D., & Heywood, J. S. (1990). Application of the 'Oaxaca decomposition' to probit estimates: The case of unions and fringe benefit provision. *Economics Letters, 32*(1), 101-104. doi:http://dx.doi.org/10.1016/0165-1765(90)90057-8

Belman, D., & Heywood, J. S. (1989). Government wage differentials: A sample selection approach. *Applied Economics, 21*(4), 427-439. doi:10.1080/758519710

Belman, D., & Heywood, J. (1989). Establishment size, public administration, and government wage differentials. *Economics Letters, 29*(1), 95-98.

Belman, D. (1988). Concentration, unionism and labor earnings: A sample selection approach. *The Review of Economics and Statistics, 70*(3), 391-397.

Belman, D., & Heywood, J. S. (1988). Public wage differentials and the public administration "industry". *Industrial Relations: A Journal of Economy and Society, 27*(3), 385-393. doi:10.1111/j.1468-232X.1988.tb01014.x

Belman, D., & Heywood, J. S. (1988). Incentive schemes and racial wage discrimination. *The Review of Black Political Economy, 17*(1), 47-56. doi:10.1007/BF02900953

***Proceedings****:*

Belman, D. (2000). Employee compensation in the federal sector: Is comparability enough? In P. B. Voos (Ed.), *Proceedings of the 52nd annual meeting* (pp. 230-236). Madison, WI: Industrial Relations Research Association. URL

Belman, D., Monaco , K., & Brooks, T. J. (1998). And Lord, let it be palletized: A portrait of truck drivers' work and lives" from the 1997 Survey of Truck Drivers. Ann Arbor, MI: University of Michigan Trucking Industry Program. *Proceedings of the 40th annual meeting of the Transportation Research Forum* (pp. 1-11). Washington, DC: Transportation Research Forum.

Belman, D., & Voos, P. B. (1997). Postal comparability: Issues of definition and measurement. In P. B. Voos (Ed.), *Proceedings of the forty-ninth annual meeting* (pp. 38-47). Madison, WI: Industrial Relations Research Association. URL

Belman, D., & Voos, P. B. (1989). Race and labor market segregation among women workers. In B. D. Dennis (Ed.), *Proceedings of the forty-first annual meeting*. Madison, WI: Industrial Relations Research Association.

*Book Reviews:*

Belman, D. (1994). Review: "Restoring the Promise of American Labor Law" by Sheldon Friedman; Richard W. Hurd; Rudy Oswald; Ronald L. Seeber. *Challenge, 37*(4), 58-63. doi:10.2307/40721547

Belman, D. (1994). Review: "Grand Designs: The Impact of Corporate Strategies on Workers, Unions and Communities Relations," *Industrielles/Industrial Relations*, 49(3), 606-608.

*Under Review:*

Who is affected by the minimum wage? submitted to *Industrial Relations*, (with P. Wolfson).

Hours of work and earnings in a weakly regulated labor market: The case of truck drivers, submitted to *Journal of Labor Economics* (with P. Wolfson and K. Monaco).

The economic impact of state differences in labor standards in the United States, 1998-2000; under second review at *Labour*, (with R. Block and K. Roberts).

*Presentations:*

Belman, D. (2014, January). *The consequences of the minimum wage for low income families*. Paper presented at the meeting of the AEA/LERA/ASSA, Philadelphia, PA (with P. Wolfson).

Belman, D. (2014, January). *The consequences of state prevailing wage laws for the costs of construction and the racial composition of the construction labor force*. Paper presented at the meeting of the AEA/LERA/ASSA, Philadelphia, PA (with R. Ormiston, R. Petty, & S. Littlehale).

Belman, D. (2013, June). *Do prevailing wage laws increase housing & school construction costs?* Paper presented at the meeting of the LERA, St. Louis, MO (with S. Littlehale).

Belman, D. (2102, January). *Do unions matter for work-life flexibility policy access and use?* Paper presented at the meeting of the LERA/ASSA/AEA, Chicago, IL (with P. Berg, E. E. Kossek & K. Misra).

Belman, D. (2008, March). *Reconstructing construction unionism: Beyond top down and bottom up*. Paper presented at the meeting of the International Labour Process Conference: "Work Matters", Dublin, Ireland (with A. Smith).

Belman, D. (2008, June). *The recovery of construction unions: 1990-2007*. Paper presented at the meeting of the Labor and Employment Relations Association, Washington, DC.

Belman, D. (2008, May). *Work organization and work life of construction workers: Development of a representative survey*. Paper presented at the meeting of the Personal Protective Device Committee, National Academies of Science, Woods Hole, ME (with P. Berg).

Belman, D. (2007, November). *Improving construction apprentice selection through measuring work motivation and physical aptitude*. Paper presented at the meeting of the Western Meeting of the Joint Labor-Management Apprenticeship Committee for the Electrical Industry, Las Vegas, NV (with R. Petty).

Belman, D. (2007, April). *Improving construction apprentice selection through measuring work motivation and physical aptitude*. Paper presented at the meeting of the Construction Economics Research Network, Washington, DC (with R. Petty).

Belman, D. (2004, April). *The costs and benefits of wage regulations: Two studies of the effects of project labor agreements on school construction*. Paper presented at the meeting of the New England Study Group, Boston Federal Reserve (with W. Schriver, R. Kelso and R. Ormiston).

Belman, D. (2004, January). *The effect of minimum wage increases on wages and total hours of employment in low wage industries: A panel time series approach*. Paper presented at the meeting of the AEA/ASSA meetings (with P. Wolfson).

Belman, D. (2003, April). *An econometric analysis of the impact of technology on the work life of truck drivers*. Paper presented at the meeting of the Sloan Industry Conference, Atlanta, GA (with K. Monaco).

Belman, D. (2003, October). *The consequences of the new hours of service regulations for trucking firms*. Paper presented at the meeting of the Georgia Institute of Technology Hours of Service Summit, Atlanta, GA.

Belman, D. (2001, August). *Development of a survey of construction workers*. Paper presented at the meeting of the Sloan Construction Industry Program, University of Texas at Austin, TX.

Belman, D. (2001, June). *Public sector earnings comparability: Alternative treatments in the case of the Postal Service*. Paper presented at the meeting of the Conference on Postal and Delivery Economics, Sorrento, Italy.

Belman, D. (2000, June). *Work hours and hours of service: Regulation in the trucking industry*. Paper presented at the meeting of the Industrial Relations Research Association Conference on Work and Family.

Belman, D. (2000, January). *Prevailing wage laws, unions and minority employment in construction*. Paper presented at the meeting of the Industrial Relations Research Association, Boston, MA (with Peter Phillips).

Belman, D. (2000, January). *Pay determination in the federal sector: Is comparability enough?* Paper presented at the meeting of the Industrial Relations Research Association, Boston, MA.

Belman, D. (2000, January). *Contingent and Non-Standard Work Arrangements in the United States: Dispersion and Contrasts by Industry, Occupation and Job Type*. Paper presented

at the meeting of the Industrial Relations Research Association, Boston, MA (with Lonnie Golden).

Belman, D. (2000, January). *The effect of employer size on truck drivers pay and performance*. Paper presented at the meeting of the Transportation and Public Utilities Group, American Economic Association, Boston, MA.

Belman, D. (1998, January). *Union bargaining power: A first look at the evidence*. Paper presented at the meeting of the Conference on Unions and the Labor Market, Honolulu, HI, January, 1998 [Sponsors: The Russell-Sage Foundation & the University of Hawaii].

Belman, D. (1997, January). *Regulations of labor markets: Balancing the benefits and costs of competition*. Paper presented at the meeting of the Industrial Relations Research Association, San Francisco, CA.

Belman, D. (1997, January). *Compensation in the public sector*. Paper presented at the meeting of the Industrial Relations Research Association, San Francisco, CA.

Belman, D. (1997, January). *Postal Comparability: Issues of Definition and Measurement*. Paper presented at the meeting of the Industrial Relations Research Association, New Orleans, LA, January, 1996, (with P. Voos).

Belman, D. (1995, June). *Public Sector Compensation: Issues and Methodology*. Paper presented at the meeting of the International Industrial Relations Association, Washington, DC.

Belman, D. (1995, April). *The effects of international trade on wages, employment, and wage inequality in U.S. labor markets*. Paper presented at the meeting of the Conference on Segmented Labor Markets, Notre Dame, IN.

**Journal Referee**:

| | |
|---|---|
| *Econometrica* | *Journal of Post Keynesian Economics* |
| *Industrial and Labor Relations Review* | *Applied Economics* |
| *Review of Economics and Statistics* | *State and Local Government Review* |
| *Industrial Relations* | |

**Teaching Experience**:

*Michigan State University, SLIR*, Fall 2000 - Spring 2014

| | |
|---|---|
| Labor Markets | Graduate |
| Employment Relations in the Public Sector | Graduate |
| Data Sources | Graduate |
| Collective Bargaining | Graduate |

*University of Wisconsin-Milwaukee,* Fall 1985 - Spring 1999

| | |
|---|---|
| Labor Economics | Graduate/Undergraduate |
| Econometrics | Graduate/Undergraduate |
| Mathematical Statistics | Graduate/Undergraduate |

| | |
|---|---|
| Collective Bargaining | Graduate/Undergraduate |
| Public Sector Collective Bargaining | Graduate |
| Introductory Microeconomic Theory | Undergraduate |

**University Service**:

*Michigan State University*

>    Acting Director, SLIR Fall 2005

>    Associate Director for the Academic Program: Fall 2003 - Spring 2006.

>    Chair, Ph.D. Committee, SLIR, 2001 - 2003

*University of Wisconsin-Milwaukee*

College of Social Sciences

>    Academic Curriculum and Policy Committee, 2000 – 2002

>    Divisional Committee, Division of the Social Sciences, 1999 -2000.

>    Academic Policy and Curriculum Committee, 1998-1999.

>    Pay Equity Analysis Committee, 1995 - 1996.

>    Computer Policy Committee, 1987 - 1990

>    Academic Needs Subcommittee, 1988 - 1990

>    Chair, Academic Needs Subcommittee, 1990

>    Social Science Research Facility Administrative Committee, 1987 - 1989

**Community Service**:

>    Board Member, Institute for Wisconsin's Future, 1997 - 2000

>    Consultant, Governor's Task Force on the Minimum Wage, 1996

>    Member, Advisory Council, School for Workers, UW Extension