# Expert Report
# of Dale Belman, Ph.D

# Exhibit III



Case: 1:14-cv-00450-MRB Doc #: 56-4 Filed: 12/18/15 Page: 3 of 10  PAGEID #: 892

 **(default.aspx)**

- **About Us (/About-Us.aspx)**
    - **About CURT® (http://www.curt.org/about-us.aspx?)**
    - **Leadership and Staff (/Leadership.aspx)**
    - **Member Organizations (/Membership-Roster.aspx)**
    - **Membership Options (/Member-Descriptions.aspx)**
    - **Young Professionals (/Membership-Options-YOUNG-PROFESSIONAL.aspx)**
    - **Press Room (/Press-Room.aspx)**
    - **Affiliated Links (/Affiliated-Links.aspx)**
    - **CURT® Policies and Guidelines (/PrivacyPolicy.aspx)**



# CURT: Improving Construction Around the World

## Our History

The Construction Users Roundtable (CURT) was founded in the fall of 2000 by construction and engineering executives representing major corporations all across the United States and the world. Continuing the 30-year effort of the Construction Committee of the Business Roundtable, CURT provides a national and international forum for the exchange of information, views, practices and policies of construction users from an array of industries. CURT's primary goal is to enact broad, effective Owner representation and increased Owner leadership on construction industry issues in order to create competitive advantage for Owners.

## Our Mission

Case: 1:14-cv-00450-MRB Doc #: 56-4 Filed: 12/18/15 Page: 4 of 10  PAGEID #: 893

CURT exists to create a competitive advantage for construction users. CURT accomplishes this multifaceted objective by providing aggressive leadership on those business issues that promote excellence in the creation of capital assets.

## Our Focus

An autonomous, not-for-profit organization, CURT strives to produce meaningful changes within the construction industry—promoting overall cost effectiveness; improving the way construction is planned, managed, justified and executed. Additionally, CURT works toward changing and improving what Owners allow, require and accept responsibility for on their global construction projects.

Representing nearly $200 billion in capital and maintenance spending power, CURT is the premiere Owners' organization and is recognized as a driving force behind continuous and significant improvement throughout the construction industry. By providing cutting edge products and services, initiating industry trends and advising key decision makers in the U.S. and international construction industry, CURT offers its members unparalleled benefits and, most importantly, quantifiable results.

## Our Purpose

As the premier construction owner organization around the world, CURT exists to…

- Improve quality and cost effectiveness in Owner construction and maintenance projects.
- Represent "the Owners' voice" to the industry and give Owners direct involvement in national and international construction issues.
- Provide resources for sharing best practices among Owners.
- Supply a forum to address mutual Owner issues—especially those of safety, labor relations, productivity improvement and other cost-reduction strategies.
- Provide opportunity for Owners to network on domestic and international issues.
- Promote workforce recruitment, education and training, as well as effective construction planning and practices.
- Provide a repository for Owner resources so they may become more effective decision makers.
- Communicate and interact with contractors and associations to assure that the Owner's voice is heard and understood.
- Improve existing and create new strategic alliances with both open-shop and unionized sectors of the industry.
- Develop industry standards and Owner expectations with respect to safety, training and worker qualifications.
- Empower and enhance the effectiveness of Local User Councils throughout North America.

**We welcome you to join CURT and be part of our work.**

**What can CURT do for your company? (/uploads/docs/About%20Page /CURT%20Value%20Proposition%202015Jun22.pdf)**

Case: 1:14-cv-00450-MRB Doc #: 56-4 Filed: 12/18/15 Page: 5 of 10 PAGEID #: 894

There are three full, paid membership options in CURT. If you are not sure right now about one of these options and just want to check out CURT with online access, click **here (/Membership-Options-VIRTUAL.aspx)** .

If you are an **OWNER** and are interested in CURT membership, click **here (/Membership-Options-OWNERS.aspx)** .

If you are a **CONTRACTOR** and are interested in CURT membership, click **here (/Membership-Options-CONTRACTORS.aspx)** .

If you are an **ASSOCIATION** and are interested in CURT membership, click **here (/Membership-Options-ASSOCIATIONS.aspx)** .

If you are a **YOUNG PROFESSIONAL** and are interested in CURT membership, click **here (/Membership-Options-MILLENNIALS.aspx)** .  (Coming Soon)

Case: 1:14-cv-00450-MRB Doc #: 56-4 Filed: 12/18/15 Page: 6 of 10  PAGEID #: 895

 (default.aspx)

- Member Organizations (/Membership-Roster.aspx)

# CURT Membership Roster

| Construction Owners | Contractor Associates |
|---|---|
| ABBOTT LABORATORIES | AECOM TECHNOLOGY CORPORATION |
| AIR PRODUCTS & CHEMICALS, INC. | ALBERICI CONSTRUCTORS, INC. |
| ALLIANT ENERGY | AMEC FOSTER WHEELER |
| AMEREN | BECHTEL CORPORATION |
| AXIALL CORPORATION | BMWC CONSTRUCTORS, INC. |
| BARRICK GOLD CORPORATION | CB&I (Fmr. THE SHAW GROUP, INC.) |
| BASF CORPORATION | CIANBRO COMPANIES (THE) |
| BAXTER HEALTHCARE CORP. | EMCOR GROUP INC. |
| BAYER TECHNOLOGY SERVICES | FLUOR CORPORATION |
| BLUESCOPE | ISC CONSTRUCTORS, LLC |
| BOEING COMPANY (THE) | JACOBS |
| CATERPILLAR INC | KBR |
| CHEVRON | MATRIX NAC, INC. |
| CONSUMERS ENERGY | RUDOLPH/LIBBE COMPANIES (THE) |
| DEERE & COMPANY | SKANSKA USA |
| DOW CHEMICAL COMPANY (THE) | TURNER CONSTRUCTION |
| DTE ENERGY | URS CORPORATION |
| DUKE ENERGY CORPORATION | YATES COMPANIES (THE) |
| DUPONT | **Associations** |
| ELI LILLY AND COMPANY | ABC (Associated Builders & Contractors) |
| ENTERGY | AGC (Associated General Contractors of America) |
| EXELON CORPORATION | |
| EXXONMOBIL CHEMICAL CO. | AIA (American Institute of Architects) |
| GENERAL ELECTRIC | AISC (American Institute of Steel Construction) |
| GENERAL MOTORS | ASC (Alliance Safety Council) |
| HONDA OF AMERICA MFG., INC. | FCA INTERNATIONAL (Finishing Contractors Association) |
| HONEYWELL | |
| INTEL CORPORATION | IMPACT (Ironworkers Management Progressive Action Cooperative Trust |
| INTERNATIONAL PAPER | |
| JOHNSON & JOHNSON | MILWRIGHT INDUSTRY TRUST |
| | NACA (North American Contractors |

KOCH INDUSTRIES, INC.
LINDE PROCESS PLANTS
MARATHON PETROLEUM
MERCK & CO., INC.
MITSUBISHI NUCLEAR ENERGY SYSTEMS
NiSOURCE, INC.
NRG ENERGY
NV ENERGY
ONTARIO POWER GENERATION
OWENS CORNING
PENTAIR LTD
PHILLIPS 66 COMPANY
PRAXAIR, INC.
PROCTER & GAMBLE CO. (THE)
SANDIA NATIONAL LABORATORIES
SHELL GLOBAL SOLUTIONS (U.S.), INC.
SIEMENS ENERGY
SOUTHERN COMPANY
SUNCOKE ENERGY
SUNCOR ENERGY SERVICES, INC.
TENNESSEE VALLEY AUTHORITY
THYSSENKRUPP INDUSTRIAL SOLUTIONS (USA), INC.
TOYOTA
UNIVERSITY of WASHINGTON - CAPITAL PROJECTS
U.S. ARCHITECT OF THE CAPITOL
U.S. ARMY CORPS OF ENGINEERS
U.S. DEPARTMENT OF STATE - OBO
U.S. GENERAL SERVICES ADMINISTRATION
WESTINGHOUSE ELECTRIC COMPANY
ZURICH INSURANCE GROUP

Association)
NAWIC (National Association of Women in Construction)
NECA (National Electrical Contractors Association)
NCCER
Painters & Allied Trades LMCI
TAUC (The Association of Union Constructors)

## Subscribers

Areva
Barnhart Crane & Rigging
BHDP Architecture
Boldt Company (The)
Brand Energy Solutions, LLC
Brandenburg Industrial Service Company
Brock Group (The)
Century 3, Inc.
Day & Zimmermann
E-J Electric Installation Co.
FC Background
Graycor Industrial Constructors
Gribbins Insulation Company
Hargrove Engineers + Constructors
HazTek, Inc.
Holder Construction Company
Integrated Project Services, Inc.
JV Driver Group
Kelchner, Inc.
Kokosing Construction Co., Inc.
Kwest Group
Lauren Engineers & Constructors, Inc.
LPR Construction Co.
Mammoet USA Inc.
McAbee Construction, Inc.
Messer Construction
PCL Industrial Construction Co.
Robins & Morton Power & Industrial
Rosendin Electric, Inc.
Construction Safety Experts, Inc.
S & B Engineers and Constructors, Ltd.
SpawGlass

Sundt Construction  
The Industrial Company (TIC)  
Turner Industries Group  
United Group Services  
Vulcan Industrial Contractors  
Zachry Industrial, Inc.

*July 27, 2015*



CURT — The Owners Voice to the Construction Industry
**CONSTRUCTION USERS ROUNDTABLE**

# Construction Owners' Safety Blueprint

R-807
September, 2004

**CURT Owner Member Companies**

Abbott Laboratories
Air Products & Chemicals, Inc.
Alstom Power, Inc.
Ameren
American Electric Power
BP p.l.c.
Baxter Healthcare Corporation
Boeing Company
Caterpillar Inc.
Citigroup
ConocoPhillips
DaimlerChrysler
DTE Energy
The Dow Chemical Company
E.I. Dupont De Nemours & Company, Inc.
Eastman Kodak Company
Ernst & Young
Exelon Corporation
ExxonMobil Chemical Company
FirstEnergy Corporation
Florida Power & Light Company
General Electric Company
General Mills, Inc.
General Motors Corporation
HCA Healthcare Corporation
Hercules, Inc.
Honda of America Mfg., Inc.
IBM
Intel Corporation
Johnson & Johnson
Kansas City Power & Light Company
The McGraw-Hill Companies
MeadWestvaco Corporation
Merck & Company, Inc.
MidAmerican Energy
Ontario Power Generation
Owens Corning
PSEG Power, LLC
Pfizer, Inc.
The Procter & Gamble Company
Rohm and Haas
Salt River Project
Shell Global Solutions (U.S.), Inc.
Southern Companies
TECO Tampa Electric Company
Toyota Motor Mfg. North America
Tyco International
U.S. Army Corps Of Engineers
U.S. General Services Administration
The University Of Cincinnati
Walt Disney Imagineering
Weyerhaeuser Company

**Associate Member Companies**

Alberici Constructors, Inc.
Arcanum Professional Services
BE&K, Inc.
Bechtel Construction Company
Egizii Electric, Inc.
Fluor Corporation
Gilbane, Inc
Hunt Construction Group
Jacobs Engineering Group
Rudolph/Libbe Companies
The Shaw Group, Inc.
Tetra Tech FW Inc.
Turner Construction Company
Zachry Construction Corporation

**Association Associate Members**

American Institute of Architects (AIA)
Associated Builders and Contractors (ABC)
Associated General Contractors of America (AGC)
Mechanical Contractors Association of America (MCAA)
National Electrical Contractors Association (NECA)
North American Contractors Association (NACA)
Sheet Metal & Air Conditioning Contractors' National Association (SMACNA)
The Association of Union Constructors - NEA

*Note: Membership listing current at time of publication*