# Expert Report
# of Dale Belman, Ph.D

# Exhibit V

Case: 1:14-cv-00450-MRB Doc #: 56-6 Filed: 12/18/15 Page: 2 of 8  PAGEID #: 944

 **(default.aspx)**

- **CWDA (/Contractors-Workforce-Development-Assessment.aspx)**



**(http://cwda.nccer.org/#SignIn)**

## What is the CWDA?

The CWDA - Contractors' Workforce Development Assessment - is a unique assessment tool that objectively measures a contractor's commitment to workforce development. The goal of the CWDA is to make workforce development a key criterion in the prequalification and final selection of contractors.

**Read more… (http://cwda.nccer.org/Account /ReadMore?view=AboutCWDA)**

## CWDA Assessments

There are three categories of assessments as shown below. When taking an assessment, it's important that the contractor selects the category that best describes his or her organization.

- Construction Manager
- Self-Performing General Contractor
- Subcontractor

**Read more… (http://cwda.nccer.org /Account /ReadMore?view=AboutAssessment)**

## How does the CWDA work?

Contractors can subscribe online to participate in the CWDA. A participant answers each question on an assessment and uploads documentation to support and validate their answers. A non-biased, third-party auditor reviews the completed assessment and supporting documentation, and assigns an overall score. The contractor can then grant access to specific owners to view their CWDA score. In order for

## Benefits of the CWDA

- Sets workforce development benchmarks for the industry

- Identifies a contractors strengths and opportunities for improvement

- Enhances the ability of owners to qualify contractors

Case: 1:14-cv-00450-MRB Doc #: 56-6 Filed: 12/18/15 Page: 3 of 8  PAGEID #: 945

the owner to view the contractors' scores, they must be a registered user of the CWDA system.

- Promotes the safe and proper completion of projects on-time and on-budget

Read more… (http://cwda.nccer.org/Account/ReadMore?view=AboutProcess)

Read more… (http://cwda.nccer.org/#SignIn)

Get Started Using the CWDA (http://cwda.nccer.org/#SignIn)

## Call Cathy Tyler at 386.518.6949 for additional information on the CWDA.



(http://www.nccer.org/)
Proud partners with CURT.




(/Home)



## Sign up is easy!



Register (/Account/SelectUser)

Already have an account?



Login (/Account/Login)

Forgot your password? (/Account/ForgotPassword)

## Questions? Call 1-888-622-3720



(/Account/ReadMore?view=AboutCWDA)

**History**: Under the guidance and leadership of the CURT Workforce Development Committee and NCCER, the Contractors Workforce Development Assessment (CWDA) was developed to evaluate and provide a qualitative metric that would fairly, consistently, and objectively represent a contractor's commitment to workforce development. Read more (/Account/ReadMore?view=AboutCWDA) ...



(/Account/ReadMore?view=AboutProcess)

**Process**: The process is designed to be thorough but efficient. Read more (/Account/ReadMore?view=AboutProcess) ...



(/Account/ReadMore?view=AboutAssessment)

**Assessment**: There are three categories of assessments; Construction Manager, Self-Performing General Contractor, and Subcontractor. Each assessment is designed to accurately measure a contractor's commitment to workforce development based on their type of business. Read more (/Account/ReadMore?view=AboutAssessment) ...



(/Account/ReadMore?view=AboutFAQ)

**FAQs**: Get all the information and answers to specific questions that will make the experience more efficient and rewarding. Read more (/Account/ReadMore?view=AboutFAQ) ...

© 2015 NCCER, All Rights Reserved.

(/)

## History of the CWDA

Under the guidance and leadership of the CURT Workforce Development Committee and NCCER, the Contractors' Workforce Development Assessment (CWDA) was developed to evaluate and provide a qualitative metric that would fairly, consistently, and objectively represent a contractor's commitment to workforce development. The intention of the CWDA is to make workforce development a key criterion in both the prequalification and the final selection of contractors, just as contractor safety, quality, and schedule are key selection criteria. The CWDA can help owners compare contractor craft training programs and provide a set of objective measures to improve what has traditionally been a subjective analysis.

The CWDA was developed with a number of key goals in mind, including the following:

- Minimizing subjectivity to the extent possible
- Weighting questions by their importance and impact on workforce development
- Considering and accommodating the impact of different types of contractors (i.e., self-performing contractor, construction manager, and subcontractors)
- Ensuring that the tool is labor-posture-neutral
- Using third parties to collect and audit information to achieve consistency

The CWDA was created to effectively evaluate a contractor's workforce development commitment and program quality. It was also developed to clearly communicate a result or metric that represents the commitment and quality of a contractor's program.

The subcommittee developed, vetted, piloted, and validated the CWDA over a five-year period, starting in 2007. The group began by compiling information critical to evaluating a contractor's workforce development program. Members of Associated Builders and Contractors, the Associated General Contractors of America, NCCER, organized labor, and CURT vetted draft questions and a list of terms and definitions. Then, through a web-based survey tool, participants answered questions about each CWDA question, definition, and term.

113 survey respondents rated the importance of each question's topic on a scale from 1 to 5, where 1 is minimally important, 3 is important, and 5 is critical. Each question's average "importance" value was calculated on the basis of 113 respondents. Of these respondents, 57 were contractors, 26 were owners, and 26 were categorized as other (e.g., training organizations and industry associations). As a result of the feedback gathered, the CWDA scoring methodology was further strengthened to ensure consistent, qualitative results and scoring.

To validate the CWDA, the Construction Industry Institute's Construction Productivity Research Program assessed the accuracy of the CWDA in two parts. The first part of the validation examined differences in assessed importance among the contractors, owners, and other training professionals who participated in the national survey. The purpose of this analysis was to ensure that the assessed importance for the different workforce development elements was consistent among the participating demographic groups. Statistical analyses of the survey data revealed that the difference in averaged importance for the different elements among the three groups was not statistically significant (significant values were all greater than 0.10). This finding indicates that the weights developed for the CWDA are consistent.

The next aspect of the CWDA validation effort consisted of a pilot program using 22 contractor participants. These participating contractors were a combination of general and specialty contractors, and their primary market sectors included industrial and commercial construction. The research team evaluated the effectiveness of the CWDA tool by comparing the respondents' CWDA scores and the safety performance of their respective organizations. In theory, the companies with higher CWDA scores should have better safety performance.

The research examined the relationship between the CWDA score and the total injury and illness rate (TIIR); the days away, restricted, or transferred (DART) rate; and the experience modification rate (EMR) of each contractor. Among the companies with CWDA scores either above or below 90 percent, there was a significant cut-off point. Companies that scored at or above 90 percent also reported significantly lower TIIR, DART, and EMR rates. This research validated that projects with better CWDA scores also have better safety performance data.

 (http://www.nccer.org)      (http://www.curt.org) © 2014 NCCER, All Rights Reserved.

(/)

Case: 1:14-cv-00450-MRB Doc #: 56-6 Filed: 12/18/15 Page: 7 of 8  PAGEID #: 949

## Types of Assessments

There are three categories of assessments, Construction Manager, Self-Performing General Contractor, and Subcontractor. When taking an assessment, it's important that the contractor selects the category that best describes his or her organization.

## Assessment Questions

Each assessment contains a set of questions requiring a "Yes" or "No" response that pertain to workforce development that is most relevant to the category (organization type) selected. In addition, any "Yes" response requires submittal of supporting information including documentation of policy or commitment.

## Scoring Methodology

Each assessment question is assigned a weight value equal to its relative importance in determining an organization's commitment to workforce development. The cumulative weight value of the entire set of questions in each assessment category (contractor type) is 100 (%).

The final score or Question Score given to an individual question is based on two components, the Response Score and the Auditor Score. Each response of "Yes" automatically receives one half of the question's weight value as the Response Score. A "No" response receives no weight value or zero.

For example, a "Yes" response to a question weighted 7.8 would be given a Response Score of 3.9 (7.8 * 0.5). If the response is "Yes", the remaining weight value of the question is determined by the auditor's rating of the supporting information provided by the organization. If the response is "No", there is no requirement for supporting information, so the Auditor Score is automatically set to zero. So, effectively, all "No" responses will automatically set the Question Score to zero (0).

With any "Yes" response, the Auditor uses a five-point scale (5 is best and 1 is worst) to rate the value the supporting information provided. Each rating value (1-5) correlates to a multiplier, ranging from 1 to -1 in increments of .5, that is then applied to the Response Score to calculate the Auditor Score.

For example, if the auditor gives the supporting information a rating of 2, which has a corresponding multiplier of -.5, the Auditor Score would be -1.95 (3.9 X -.5). So, the Question score for this particular question would be the sum of the Response Score (3.9) and the Auditor Score (-1.95) or 1.95.

Once all of the questions have been answered by the Contractor and then rated by the Auditor, the Question Score for each will be calculated by the system. All of the Question Scores in the set of questions within that assessment are then combined to determine the Final Score. The Final Score determines the Letter Grade given to the organization. The following grading scale is used:

| Grade | Minimum | Maximum |
|-------|---------|---------|
| A+    | 97      | 100     |
| A     | 94      | 96.99   |
| A-    | 90      | 93.99   |
| B+    | 87      | 89.99   |
| B     | 84      | 86.99   |
| B-    | 80      | 83.99   |
| C+    | 77      | 79.99   |
| C     | 74      | 76.99   |
| C-    | 70      | 73.99   |
| D+    | 67      | 69.99   |
| D     | 65      | 66.99   |
| F     | 0       | 64.99   |

 (http://www.nccer.org)     (http://www.curt.org) © 2014 NCCER, All Rights Reserved.

Case: 1:14-cv-00450-MRB Doc #: 56-6 Filed: 12/18/15 Page: 8 of 8  PAGEID #: 950

(/)

## The CWDA Process

1. Contractor registers and selects appropriate subscription
2. Contractor completes and submits assessment
3. The CWDA Audit Manager assigns an auditor for the submission review
4. The auditor reviews the completed assessment and supporting documentation
5. The auditor assigns a preliminary Auditor Score to each question in the assessment
6. The auditor notifies the Contractor that the pre-audit notes and comments are available for review
7. The contractor updates responses and provides any additional information as necessary
8. The auditor schedules and conducts a telephone audit with the contractor to review responses and information provided
9. The auditor updates notes and provides the contractor with post-audit feedback
10. The contractor responds to the auditor's notes and provides additional information if necessary
11. The auditor reviews any additional information provided and updates the Auditor Scores as necessary
12. The system publishes the Scorecard and the Strength and Opportunities for Improvement Report
13. The CWDA Audit Manager reviews and approves the completed audit
14. The audit and the final results are released to the contractor
15. The contractor selects from a list of pre-registered Owners that will be allowed access to the Scorecard and the Strength and Opportunities for Improvement Report

 (http://www.nccer.org)    (http://www.curt.org) © 2014 NCCER, All Rights Reserved.