# Expert Report
# of Dale Belman, Ph.D

# Exhibit VII



CURT

The Owners Voice to the Construction Industry
**CONSTRUCTION USERS ROUNDTABLE**

# Construction Workforce: Building Comprehensive Labor Market Information

R-411
November, 2009

**CURT Owner Member Companies**

Abbott Laboratories
Air Products & Chemicals, Inc.
Alstom Power, Inc.
Ameren
American Electric Power
Ameristar Casinos
Anheuser-Busch
BP p.l.c.
Baxter Healthcare Corporation
The Boeing Company
Caterpillar
Chevron
Citigroup
ConocoPhillips
Constellation Energy
Dominion Generation
DTE Energy
The Dow Chemical Company
Duke Energy
DuPont
Dynergy
Exelon Corporation
ExxonMobil Chemical Company
FirstEnergy Corporation
Florida Power & Light Company
General Electric Company
General Mills
General Motors Corporation
HCA Healthcare Corporation
Hercules, Inc.
Honda of America Mfg., Inc.

Intel Corporation
Johnson & Johnson
Kansas City Power & Light
The McGraw-Hill Companies
Linde Process Plants
MeadWestvaco Corporation
Merck & Company
Mirant
NRG Energy
NV Energy
Ontario Power Generation
Pfizer
Praxair
The Procter & Gamble Company
Progress Energy
PSEG Power
Salt River Project
Shell Global Solutions (U.S.)
Siemens Energy
Southern Companies
Suncor Energy
Sunoco
Tampa Electric Company
Tennessee Valley Authority
Toyota Motor Mfg. North America
Tyco International
U.S. Architect of the Capitol
U.S. Army Corps of Engineers
U.S. General Services Admin
Walt Disney Imagineering

*Note:  Membership listing current at time of publication*

**Associate Member Companies**

Aker Construction
Alberici Constructors
AMEC
Bechtel
BMW Constructors
Egizii Electric, Inc.
EMCOR Group
Fluor Corporation
Jacobs Engineering Group
KBR
Rudolph/Libbe Companies
The Shaw Group
Skanska USA
Tetra Tech EC
Turner Construction Company
USR-Washington Division
Vulcan Industrial Contractors

**Association Associate Members**

American Institute of Architects
(AIA)
American Institute of Steel
Construction (AISC)
Associated Builders and Contractors
(ABC)
Associated General Contractors of
America (AGC)
Design Build Institute of America
(DBIA)
Finishing Contractors Association
(FCA)
Mechanical Contractors Association
of America (MCAA)
National Association of Women in
Construction (NAWIC)
National Center for Construction
Education and Research (NCCER)
North American Contractors
Association (NACA)
National Electrical Contractors
Association (NECA)
Sheet Metal & Air Conditioning
Contractors' National Association
(SMACNA)
The Association of Union
Constructors (NEA)

Copyright © 2009 The Construction Users Roundtable. All rights reserved.



*Note:  Membership listing current at time of publication*

# Construction Workforce
# Building Comprehensive Labor Market Information

R-411 – November 2009

## Contents                                    Page

1. Intent .................................................................................. 1
2. Why a Labor Market Information Program for
   Construction? ..................................................................... 1
3. How CURT Did It ............................................................... 6
4. Key Elements of the CWDC Forecasting Tool................... 8
5. Success Factors ................................................................. 10
6. Components of the Forecasting Program.......................... 12
7. Who Is Using The CWDC LMI? ...................................... 17
8. User Benefits.................................................................... 19
9. Summary .......................................................................... 21

Copyright © 2009 The Construction Users Roundtable. All rights reserved.

# Notice:

The purpose of this publication is to make available to industry the results of research and common owner practices. The information is provided solely for the individual consideration and education of Construction Users Roundtable (CURT) members and the industry. The publication does not necessarily represent the views of every CURT member company on this topic. The booklet is offered as an informational publication only. CURT intends only to synthesize current thought and trends concerning the topic. Neither CURT nor its committees make any warranty as to the completeness regarding the materials. Readers are encouraged to further research the topic before relying exclusively on these materials. Each CURT member and other readers of these materials are free, acting at their own discretion and in their own perception of business self-interest, to reject or adopt the recommendations in whole or in part. Adoption and/or reliance upon these recommendations is strictly voluntary.

The mission of CURT is to promote cost effectiveness for owners doing business in the United States by providing aggressive leadership on issues that will significantly improve project engineering, maintenance, and construction processes, thereby creating value for the owners.

Copyright © 2009 The Construction Users Roundtable. All rights reserved.

## 1. Intent

This document focuses on how the Construction Users Roundtable (CURT) leveraged proven, innovative forecasting technology that collects, aggregates, and produces craft labor data used by industry for project planning and the development of targeted labor supply solutions; and how this technology can be used by government for labor market policy and program development.  The report highlights the importance and use of regional networks comprising industry stakeholders to help build a comprehensive craft labor market information system. It demonstrates that for the craft labor forecasting model to be a valuable planning and decision-making tool, it must have the benefit of local stakeholder knowledge on the demand for and supply of construction crafts.

## 2. Why a Labor Market Information Program for Construction?

In a 2001 CURT survey, 82 percent of respondents reported craft labor shortages on their projects.  That shortage has continued to worsen since the study, interrupted only because of the severe recession that began in 2008.  Those familiar with the cyclical nature of the construction industry understand that the pendulum always swings back.  When it does, will the industry know with confidence which crafts are needed, how many, in which industry sectors, and where?  Research CURT conducted in 2004 estimated that 200,000 to 250,000 new craft workers will need to be added per year through about 2016 to meet the demand.

To address this need, the Construction Workforce Development Center (CWDC) collaborated with CURT to

Copyright © 2009 The Construction Users Roundtable. All rights reserved.        1

develop the CWDC Labor Supply/Demand Forecasting Model. This model is designed to collect and aggregate information on capital and maintenance projects, as well as craft labor supply data. The tool is unbiased regarding union or non-union labor and will use information collected to provide a comprehensive understanding of craft labor supply and demand locally, regionally, and nationally. The tool enables the user to graph predictive forecasting trends to eliminate typical "going out of business" curves that frustrate the ability to adequately plan.

The model is based on a successful system developed by the Construction Sector Council (CSC) for the Canadian construction industry. This model has been shared by the CSC and adapted by CWDC with input from key players from the U.S. owner and contractor community. Access to basic aggregate data is available without cost but is limited to those who participate by inputting supply and/or demand data for the model.

The CWDC model is an industry-driven effort to provide information needed by industry to make informed project planning and human resource decisions, and by government to establish effective labor market policy. A key objective of the model is to increase construction industry productivity and efficiency levels on a sustainable basis.

The CWDC provides a web-based venue as a central location to collect, put together, and report the estimated construction labor requirements for select proposed major industrial capital projects. The system also includes industry's current availability of skilled labor and a confidence index regarding ability to adequately staff projects. Going forward, the system will be expanded to include more comprehensive coverage of construction activity and assessment of the potential labor market implications.

2    Copyright © 2009 The Construction Users Roundtable. All rights reserved.

By collecting and aggregating data from a range of sources across the construction industry, the model delivers tremendous benefits for all key stakeholders, including:

- ▲ Timely data to assist construction owners with project and shutdown planning
- ▲ Reliable measures of future activity, training needs, and industry demographics generally and for specific crafts, rather than statistical trend lines
- ▲ Information to plan the flow of new apprentices to match industry needs
- ▲ Forecasts of local and regional labor demand that identify excess labor resources that can be redeployed in regions experiencing labor shortages
- ▲ Improved understanding of regional demand/supply craft labor imbalances and assistance in establishing long-term supply-side strategies
- ▲ Demonstration of the opportunities for stable employment to help maintain currently employed workers, attract experienced workers back to the industry, and recruit qualified new apprentices
- ▲ Easy access for inputting and updating data on a regular basis rather than relying on periodic surveys
- ▲ Common methodology to facilitate broad owner and contractor participation
- ▲ Customized reporting and internal project forecasting
- ▲ Tools to assist owners in determining and inputting craft requirement data

To achieve these objectives, construction industry stakeholders need a confidential, reliable, well-structured tool that will enable them to make the right project and human resource

Copyright © 2009 The Construction Users Roundtable. All rights reserved.            3

decisions at the right time.  The CWDC Labor Supply/Demand Forecasting Model was designed to accomplish this.

## Unique Industry Characteristics

The construction industry is one of the world's most important economic forces.  Even in a challenging economy, construction is still a significant economic driver, as evidenced by the federal government's significant spending on infrastructure construction through the American Recovery and Reinvestment Act of 2009.  In a healthy economy, the United States capital and maintenance expenditures for construction are well in excess of \$1 trillion annually, approximately 13 percent of gross domestic product (GDP).  This translates into the employment of nearly 12 million people, representing about 8 percent of the U.S. workforce, making construction one of the country's largest employers after the manufacturing and retail sectors.

A distinctive feature of construction is its relationship between workers and employers.  In many industries, employers hire workers to meet the demands of the business cycle, usually on a long-term basis.  However, in the construction industry, employers are continuously hiring to meet project needs, even during a downturn in the economy. This is due to the temporary nature of construction projects and the fact that construction is a cyclical activity.

To meet its labor requirements, construction must be flexible. In any given year, roughly one-third of construction workers work for more than one employer.  Even the workers who stay with one employer may still work outside their state or region of residence.  The higher flexibility, however, creates a high turnover rate, which increases the recruiting and hiring requirements of construction firms.  These factors generate a

   Copyright © 2009 The Construction Users Roundtable. All rights reserved.

workforce mobility rate that is, on average, twice as high as in most other industries.

If only a few firms dominated the construction industry, the labor market would function more efficiently. But the industry is highly fragmented, with many firms operating across residential and non-residential markets. There are approximately 636,000 construction companies nationwide, and 90 percent of construction companies employ 50 or fewer workers. Each firm hires only as many workers as it needs to meet each project need. This makes it difficult for unemployed workers to know which firms are hiring, where the work is by sector/region, or whether they need to upgrade their skills to secure work in the future.

Human resource planning and recruitment of new workers into the industry is difficult because the need for labor is closely linked to investments and capital availability, the most volatile component of GDP. During a downturn in the business cycle, construction activity may be halved and then doubled again over the next growth period. Employment opportunities can change dramatically, even for the experienced worker.

Even when hiring starts to pick up, many young people may be reluctant to enter the field because of the lack of job security. This is a critical issue, because it takes up to five years to train a skilled journeyperson. In growth cycles, frequently, all the skilled, experienced workers are employed, but the skills of first- or second-year apprentices are not sufficient to meet industry requirements. The shortage of skilled workers causes a call for more apprentices, who enroll in larger numbers in vocational schools during the peak of construction activity. But the shortage of skilled workers often remains, and with the long training periods required, it is not possible to meet short-term needs.

Copyright © 2009 The Construction Users Roundtable. All rights reserved.          5

These features make the construction industry a challenging environment for any kind of forecasting intervention. Managing these peaks and valleys to ensure the construction industry has the skilled labor it requires is the driving force behind the CWDC craft labor forecasting program.

# 3. How CURT Did It

Through the process of collaborative discussion, input, and research, CURT concluded that the industry needed an objective, scientific approach to better understanding labor supply and demand — this is particularly important for CURT members and similar non-members, most of which are engaged in industrial construction activity. The CWDC was engaged to research previous construction labor studies and approaches, consult with industry and governments, and identify best practices, with a view to developing an ongoing labor market information capability for the industry. This effort by CWDC led to the early foundation for a construction LMI program through the following activities:

### Construction Labor Market Studies

Regional labor market studies in the United States have existed on many different levels and have been sponsored by many different organizations, including the U.S. Department of Labor, Employment and Training Administration, Bureau of Labor Statistics; labor groups; Local User Councils; state workforce planning boards; owners; contractors; consultants; and others. These studies articulate the unique challenges in the construction industry and focus on the industry's ability to manage the supply and demand for skilled labor. The value of these studies is frequently limited by timing, location, participation, scope, and information availability.

　　Copyright © 2009 The Construction Users Roundtable. All rights reserved.

**Industry Consultations**

To augment this body of understanding and develop a more comprehensive picture of the construction industry, CURT and CWDC facilitated a series of meetings to identify labor market issues facing the industry. This process:

- ▲ Uncovered the need for more reliable and comprehensive craft labor market information;
- ▲ Articulated the issues driving the need for a system to anticipate labor supply and demand issues well in advance, and with more reliability than statistical trend lines;
- ▲ Led to the belief that local and regional participation would be critical for success; and
- ▲ Identified an effective model already developed in Canada that could be used as the foundation for developing a U.S. system.

**Best Practices**

The Canadian CSC developed a comprehensive labor market information program for forecasting and assessing labor market conditions for 33 construction crafts by province. The system helped industry develop a better understanding of the issues among the key stakeholders and provide the opportunity, through regional committees, to meet to discuss and develop a common vision on industry labor needs and potential supply solutions.

At the core of the CSC craft labor forecasting system was the need to:

- ▲ Anticipate the demand for construction services
  - • Where are the *"hot spots"?*
  - • Get better demand information (major projects)
  - • Translate demand into worker requirements

Copyright © 2009 The Construction Users Roundtable. All rights reserved.　　　7

- ▲ Establish a more realistic picture of labor supply
  - • Availability of workers by craft and region
  - • Demographics by trade
- ▲ Understand the movement of labor (mobility)
- ▲ Determine whether there will there be sufficient <u>numbers</u> of <u>qualified</u> construction trade persons available to satisfy requirements at the <u>right time</u> and in the <u>right place</u>

Rather than reinvent this technology, CWDC secured exclusive rights to develop and employ this proven model in the United States. The CWDC craft labor forecasting model launched the major construction projects demand side of the model in February 2009.

## 4. Key Elements of the CWDC Forecasting Tool

In response to the above needs, the CWDC developed a web-based planning and decision-making tool for labor market forecasting. The elements of the forecasting tool are:

- ▲ **State/regional approach** – Provides for user-customized searches allowing a granular search capability of aggregated data.

- ▲ **Regional Local User Council Network** – Local User Councils (LUCs) and similar networks comprising key industry stakeholders bring regional data and knowledge to the forecasting model, as well as the relationships, credibility, and capacity to increase participation in the model. In addition, the

8      Copyright © 2009 The Construction Users Roundtable. All rights reserved.

planned relationship with government stakeholders will expand the model to all construction.

▲ **Mid-term and long-term forecast** – Facilitates major project and shutdown planning, even when long-term craft requirement data is not available, and enables the development of supply-side solutions.

▲ **Macro-economic outlook** – The construction forecast will be grounded in the context of a broader economic forecast.

▲ **Craft Requirement** – Demand data is input by owners directly and is not second- or third-hand information.  The owner is responsible for managing the project in the model throughout its duration.

▲ **Construction investment outlook** – Derived from major project information and validated through stakeholder network.

▲ **Supply-side tracking** – Builds on the data provided through traditional data sources, but brings a greater degree of validity through a contractor confidence index approach.  Data sets collected come directly from contractor sources and are not second- or third-hand information.

▲ **Labor requirement assessment** – Provides a quantitative and qualitative analysis of labor requirements for 21 craft trades/occupations, and is scalable to easily include more.

Copyright © 2009 The Construction Users Roundtable. All rights reserved.        9

> ▲ **Confidentiality and Anti-Trust Protection** –
> Protocols built into the model ensure that only
> aggregate supply and demand data are available to
> users who access the system. Individual owners
> and contractors are not revealed in any outputs.
> Similarly, projects and supply data are not revealed
> or discernable to any user except the user who input
> that information or their designee. If a user initiates
> a search protocol and the model is unable to
> aggregate the output with other data in a way that
> will effectively shroud the owner, contractor,
> project, or survey, then the model will not provide
> an output.

## 5. Success Factors

Many essential factors contribute to the success of CWDC's
craft labor forecasting system, and our analysis of the program
indicates that all of the following must be present:

- ▲ Recognition that industry and its stakeholders bring life
  to LMI.

- ▲ Groundswell of industry support for a comprehensive
  LMI program.

- ▲ Craft labor forecasting program responds to an industry
  identified need.

- ▲ All segments of the industry, at the regional, state, and
  national levels, participate in the development of the
  forecasting system.

    Copyright © 2009 The Construction Users Roundtable. All rights reserved.

▲ Governments (all levels) and other key stakeholders are involved in developing the forecasting model.

▲ Forecast is built from the local, state and regional level, and then rolled up to present a national picture.

▲ Key elements of the forecast model are built in an iterative manner, increasing the capability over time.

▲ Forecasting model is tailored to reflect the unique characteristics and structure of the industry.

▲ Industry leaders champion the craft labor forecasting system within their constituencies.

▲ Methodology is, and is understood to be, credible and state-of-the-art.

▲ Confidentiality and anti-trust protocols built into the system to protect the identity of individual participants and their projects and surveys are effective.

▲ Forecasting system is used for decision making and planning by stakeholders.

▲ Basic aggregate forecasting data are available without charge to raise awareness and promote the use of the information and system.

▲ The forecasting tool includes the capability to facilitate periodic updates of major project information to help ensure the data are current.

▲ Industry infrastructure (e.g., owners, associations, unions, contractor groups, construction education and

Copyright © 2009 The Construction Users Roundtable. All rights reserved.     11

> training community) act as end users, representing the
> diversity of the industry that enabled the CWDC to tap
> into a broad cross-section of key stakeholders for
> development.

# 6.  Components of the Forecasting Program

There are four key components to the CWDC forecasting
program:

- ▲ Demand Data Collection/Display
- ▲ Craft Labor Forecasting
- ▲ Supply-Side Tracking
- ▲ Macro-economic Outlook

### Demand Data Collection/Display

The forecasting process involves a number of steps to estimate
construction investment and the demand for labor. These steps
include:

- ▲ Establishing a regional network of industry
  stakeholders to embrace and use the craft labor
  forecasting model to input their capital, maintenance,
  turnaround, and ongoing maintenance projects, which
  will then bring regional realities to the aggregated
  forecasting data

- ▲ Educating the network on their role and the forecasting
  methodology

    Copyright © 2009 The Construction Users Roundtable. All rights reserved.

- ▲ Working with the network and owners directly to gather and validate elements of the forecasts and outputs, including:
  - Collecting project information (capital, maintenance, turnaround, ongoing maintenance)
    - Project name and description
    - Project owner
    - Project life-cycle status
    - Project type (Industry)
    - Project state
    - Project zip code
    - Other customized sort options are available through customization
    - Project total installed cost
    - Project construction start and end dates
    - Project contacts (primary and secondary)
    - Project craft labor needs (daily, weekly, monthly, quarterly, or yearly)
  - Agreeing on key economic assumptions
  - Vetting results of macro-economic forecast
  - Vetting employment and labor force forecasts
  - Agreeing on labor market assessments
  - Agreeing on final outputs

The CWDC will implement this process throughout the United States and engage industry stakeholders and networks interested in developing LMI.

**Craft Labor Forecasting**

This model aggregates and displays employment and labor force requirements for craft trades in the construction industry and, when fully developed, will include all other construction industries in the economy. Most projects are input into the model by the project owners through an Excel spreadsheet easy-input method; however, there are numerous instances

Copyright © 2009 The Construction Users Roundtable. All rights reserved.          13

when projects may be internally forecast or in the planning
process, but the craft requirement data are unknown.  These
projects are critical for the model to effectively forecast three
to five years into the future and can still be entered.  Their
status would be identified through one of the following options,
which must then be updated or validated every 90 days to
ensure it is properly tracked:

- ▲ Project on Hold
- ▲ Internally Forecast / Not Budgeted
- ▲ Budgetary / Not Approved
- ▲ Announced
- ▲ Environmental / Regulatory Approval Applied For
- ▲ Environmental / Regulatory Approval Applied
  Received
- ▲ Board Approval for Full Expenditure Received
- ▲ Construction Has Commenced
- ▲ Construction Completed

In instances where the craft demand is unknown, the CWDC
model employs algorithms to assist owners in determining
labor requirements for their project.  These equations were
obtained from sources where they were developed and used by
owners for determining projects' craft labor requirements in
advance of the availability of actual data.  The equations are
tailored for specific industry project types and are driven by
construction investment expenditures, regional wage rates,
experience with similar projects, and seasonal factors.  The
equations in the CWDC system are specifically calibrated for
craft trades using data on construction occupations.  The user
has the choice of using the default settings (e.g., wage rates,
craft distribution) that are programmed into the model, or they
may include data known to them.

     Copyright © 2009 The Construction Users Roundtable. All rights reserved.

**Supply Side Tracking**

The supply side of the craft labor forecasting system is built around identification of the actual number of workers for each specific craft employed on a project at the time they are reported, and if the contractor is hiring or releasing those particular craft workers, or if there will be no change.

If the contractor is hiring specific craft workers, the following confidence index is used to describe capacity to find and hire those workers over the next 90 days:

> 0 = Unknown / not applicable
> 1 = Ample supply / no shortages
> 2 = Workers available locally or in adjacent markets to meet increased demand
> 3 = Occasional shortages because of coinciding project schedules
> 4 = Workers generally not available / increased employer competition for workers
> 5 = Shortages on almost all projects

Similar information is collected from organized labor through identification of workers employed and available for employment.  The union hall would also identify their confidence rating for recruiting and training.

**Macro-Economic Outlook**

Owner participation to identify major projects expected to drive regional construction activity is only one part of the CWDC forecast system.  The system will be expanded to include broader measures of construction activity estimated through a macro-economic model that includes detailed construction investment projections by sector and state.

Copyright © 2009 The Construction Users Roundtable. All rights reserved.          15

The main determinants of future labor supply and demand are those associated with the performance of the state and regional economies.  In the case of construction trades, for example, the amount of investment in the economy is the key determinant of the level of construction activity and the demand for construction trades.  Population and overall labor force growth are important factors behind the supply of labor available to the construction industry as well as other industries.  These determinants will be embedded in the macro-economic model at the state level.

The CWDC craft labor forecasting system is specific to the construction sector; therefore, a macro-economic model has not yet been developed for the United States.  However, when fully developed, it can produce information that can be used in forecasts of the demand and supply for any of the occupations or trades in the economy.  Although the macro-economic model can be used directly in other sectors' occupational forecasting, it may or may not be desirable to use the CWDC outlook produced by the models. The reason for this is that the CWDC forecast is determined with assumptions that mainly drive construction activity, such as major project announcements, against construction trade labor availability.

Other sectors could use the CWDC macro-economic outlook, or they could contract to develop an outlook based on a different set of assumptions to produce an industry-specific forecast. These assumptions would reflect the views of that sector's LMI network, thereby leading to a different macro-economic forecast.

An annual macro-economic outlook could be produced, and this approach could be shared and adapted by other industry groups.  A significant part of the macro-economic modeling system is setting up a base-case forecast.

 Copyright © 2009 The Construction Users Roundtable. All rights reserved.

# 7. Who Is Using The CWDC LMI?

Although the Canadian CSC model is only six years old, their craft labor forecasting program is well known and highly regarded within the Canadian construction industry as well as in other countries. It is used by thousands of construction industry stakeholders, including businesses, contractors, governments, industry associations, labor organizations, and educational institutions. It is regarded as being very applicable, relevant, and representative of the industry by an overwhelming majority of industry stakeholders and users. The CSC examined the use, value, and impact of the Canadian craft labor forecasting program through an industry stakeholder survey and focus-group discussions.  In total, 350 survey responses and 43 focus-group participants contributed to the findings, the results of which are displayed below.

Launched in phases beginning in early 2009, the CWDC model has met with a groundswell of support in the U.S. construction industry. However, although we expect the user experience to be similar, we believe that more growth is essential before we can effectively gather most of these metrics.

| Who Uses the LMI Model? | | |
|---|---|---|
| **User** | **Canada** | **United States** |
| Government | 27% | 1% |
| Industry Associations | 24% | 7% |
| Owners | 18% | 50% |
| Contractors | 18% | 34% |
| Labor Groups | 16% | 3% |
| Education | 10% | 0% |
| Local User Councils | n/a | 5% |

U.S. metric as of 10/9/09

Copyright © 2009 The Construction Users Roundtable. All rights reserved.                    17

<table>
<tr><th colspan="3">How is the LMI Model Used?</th></tr>
<tr><th>Q1:  In what capacity do you use the LMI tool?</th><th>Canada</th><th>United States</th></tr>
<tr><td>Policy and decision making</td><td>61%</td><td>Insufficient Data</td></tr>
<tr><td>Training / apprenticeship program planning</td><td>60%</td><td>Insufficient Data</td></tr>
<tr><td>Construction project planning and scheduling</td><td>24%</td><td>Insufficient Data</td></tr>
<tr><td>Staffing (employee requirements) and recruiting</td><td>22%</td><td>Insufficient Data</td></tr>
</table>

<table>
<tr><th colspan="3">How is the LMI Model Used?</th></tr>
<tr><th>Q2:  For what specific purpose do you use the LMI tool?</th><th>Canada</th><th>United States</th></tr>
<tr><td>Identify and evaluate human resource challenges</td><td>78%</td><td>Insufficient Data</td></tr>
<tr><td>General information</td><td>69%</td><td>Insufficient Data</td></tr>
<tr><td>Make or support policy changes</td><td>52%</td><td>Insufficient Data</td></tr>
<tr><td>Overcome human resource challenges</td><td>42%</td><td>Insufficient Data</td></tr>
<tr><td>Make sound budgeting and planning decisions</td><td>27%</td><td>Insufficient Data</td></tr>
<tr><td>Help minimize business risks</td><td>21%</td><td>Insufficient Data</td></tr>
<tr><td>Identify and evaluate business opportunities</td><td>16%</td><td>Insufficient Data</td></tr>
</table>

**How valuable is the LMI?**

General consensus in both Canada and the United States is that craft labor forecasts are very applicable, relevant, and representative of industry.  Responses in Canada ranged from valuable to very valuable, and in the U.S., anecdotal evidence indicates a similar level of appreciation and appetite for the

tool.  None of the respondents regarded the craft labor forecasting model as without value.

# 8. User Benefits

By collecting and analyzing data from a range of sources across the construction trades, the craft labor forecast system will provide a wealth of information for all key stakeholders in the construction industry by:

- ▲ Reliable measures of future activity, training needs, and demographics of the industry generally and for specific crafts, rather than statistical trend lines
- ▲ Timely data to assist construction owners with project and shutdown planning
- ▲ Providing easy access for inputting and updating data on a regular basis, rather than relying on periodic surveys
- ▲ Employing common methodology and facilitating broad owner and contractor participation
- ▲ Providing customized reporting and internal project forecasting
- ▲ Providing tools to assist owners in determining and inputting craft requirement data
- ▲ Providing research information that can be used for writing occupational profiles for the construction industry
- ▲ Providing research information that can be used as part of an economic background information package, and to offer concrete, well-sourced figures for industry and government reports
- ▲ Demonstrating stable employment to help maintain currently employed workers, attract experienced workers back to the industry, and recruit qualified new apprentices

Copyright © 2009 The Construction Users Roundtable. All rights reserved.    19

In terms of planning, the craft labor forecasts provide industry-specific data about:

- ▲ The crafts in demand within the construction sector
- ▲ The nature of this demand (key major projects driving demand)
- ▲ The supply of craft labor that is currently employed, which crafts are being hired, and the confidence level for finding and training those workers
- ▲ Trends in the industry that can be passed on, with confidence, to workers, potential workers, and employers. These are used to increase the overall understanding of labor strains in the sector and to assist with planning for skilled worker requirements over the next five years

Regionally, the craft labor forecast data can:

- ▲ Provide a good overview of economic activity in the area
- ▲ Forecast local and regional labor demand and identify excess labor resources that can be utilized in regions experiencing labor shortages
- ▲ Assist in evaluating general economic forecasts by providing an independent assessment of the trends in the construction sector
- ▲ Provide useful information for planning regarding apprenticeship training needs related to proposed projects and labor requirements
- ▲ Help develop a better understanding of regional demand/supply imbalances by craft and aid in establishing long-term supply-side strategies.

     Copyright © 2009 The Construction Users Roundtable. All rights reserved.

## 9. Summary

In conclusion, the Canadian experience over the past six years in the development of a craft labor forecasting program has taught that this type of forecasting approach must be industry-specific and can be successful only if it is developed in response to an industry-identified need. It is too labor-intensive and too comprehensive to be embarked upon without significant industry support and input, and existing expertise.

The craft labor forecasting model must be built in the context of the specific industry (e.g., the CWDC craft labor forecasting model is focused on construction), reflecting those realities and incorporating the factors that drive and in all ways affect the structure and functioning of the industry. This is not a "one size fits all" model.

Through the involvement and reach of CURT, it is clear that an industry-identified need exists in the U.S., and that the CWDC Labor Supply/Demand Forecasting model is well on its way to meeting that need through a reliable, confidential, easy-to-use, web-based tool.

Copyright © 2009 The Construction Users Roundtable. All rights reserved.

# Construction Users Roundtable Publications

The purpose of developing Construction Users Roundtable (CURT) publications is to disseminate recommendations, guidelines, and reports developed by the Construction Users Roundtable. CURT is focused on improving the cost effectiveness of the U.S. construction industry. These publications have been developed from the point of view of owners or users of construction services. Efforts by all segments of the industry, however, are vital if major improvement is to be the result.

This publication is one of a series from committees or study teams addressing a problem area.

Findings and recommendations of The Construction Users Roundtable are included in publication series classified as White Papers (WP), Reports (R), or User Practices (UP). In addition to these classifications, CURT publications are numbered based on the category of the topic:

| Category | Number Code |
|---|---|
| Constructability | 011 to 099 |
| Contractor Management | 101 to 199 |
| Cost | 201 to 299 |
| Interface Management | 301 to 399 |
| Workforce/Industrial Relations | 401 to 499 |
| Material Control | 501 to 599 |
| Purchasing | 601 to 699 |
| Quality | 701 to 799 |
| Safety | 801 to 899 |
| Security | 901 to 999 |
| Strategy | 1001 to 1009 |
| Work Planning and Scheduling | 1101 to 1199 |
| Technology/E-Sourcing | 1201 to 1299 |
| Special Projects | 2001 to 2099 |

**Examples:**

WP-1201:     A CURT White Paper on Reverse Auction

R-402:        A CURT Report on Tripartite Initiatives

UP –801:     A CURT User Practice on Construction Safety in Contractor Prequalification

# Available CURT Publications

## White Papers

- WP 401 Confronting the Skilled Workforce Shortage
- WP 1003 Construction Strategy: Optimizing the Construction Process
- WP 1201 Guidelines on the Use of Reverse Auction Technology
- WP 1202 Collaboration, Integrated Information and the Project Life Cycle in Building Design, Construction and Operation

## Reports

- R 402 CURT Tripartite Initiative Executive Summary
- R 402A CURT Tripartite Study on Extended overtime on Construction Projects
- R 402B Reducing Absenteeism Report
- R-402C Tripartite Initiative Report:  Eliminating Work Disruptions and Jurisdictional Disputes
- R-405 CURT Tripartite Initiative Report:  Project Stakeholder Responsibilities
- R 807, Construction Owners' Safety Blueprint

## User Practices

- UP 101 Construction Measures:  Key Performance Indicators
- UP 201 Construction Project Controls: Cost, Schedule, and Change Management
- UP 403 Construction Labor: Managing the Construction Workforce
- UP 601 Construction Purchasing: Capital Purchasing & Contracting
- UP 701 Construction Quality: Achieving Quality on Capital Projects and Craft Worker Prequalification
- UP 801 Construction Safety: Contractor and Craft Worker Prequalification
- UP 802 Construction Safety: The Owner's Role
- UP 803 Construction Safety: Pre-Bid and Bid Clarification Meetings
- UP 804 Construction Safety: Contract Terms and Conditions
- UP 805 Construction Safety: Monitoring Performance
- UP 806 Construction Safety: Improving Safety Programs
- UP 1001 Construction Strategy: Selecting Contracting Strategies
- UP 1002 Construction Strategy: Selecting the Right Contractor

**Tools**

- T 404 Construction Labor: Craft Employee Training Evaluation Tool
- T 808 Construction Safety: Owner Safety Blueprint Assessment Tool

**Training Modules**

- TM 809 Construction Owners' Safety Blueprint Training Module

Visit the CURT publications website,
http://www.curt.org/14_0_curt_publications.html,
for additional information and pricing.



# CIDB PAPER 25

## SKILLED LABOUR SHORTAGES IN CONSTRUCTION CONTRACTORS: A LITERATURE REVIEW

1. Makhene, D. and 2.Thwala, WD

1. Department of Construction Management and Quantity Surveying, University of Johannesburg,
2. Department of Construction Management and Quantity Surveying, University of Johannesburg,

## ABSTRACT

**Purpose/objectives:**
The aim of this study is to determine the causes of technical skilled labour shortages in the construction sector. Furthermore the study seeks to identify current interventions; the impact of skills shortages and also the problems the construction companies are facing in addressing these shortages.

**Problem investigated:**

There is an extremely high rate of technical skilled labour shortage and seventy – five percent (75%) of the contractors and owners are experiencing this shortage which cost them time and money. An aging workforce, low pay, poor image and poor career paths for skilled labour have precipitated the current work shortage.

**Design/ Methodology/Approach:**
The research is mainly a literature review with a special focus on the skills development and management. A survey will then be conducted later.

**Findings/ Implications:**
The literature review identifies the problem of skilled labour shortages in all forms of trades. It identifies that there will still be a huge number of trades that will not have skilled people. The trades which were most likely to be affected by the shortages were electricians, bricklayers, plumbers, welders and roofers. It is therefore imperative to take careful cognisance to the shortages considering the industry do to well in the next decades.

**Conclusion:**
In order to alleviate the problem of skilled labour shortages in the construction sector, major change in construction education programmes, the training, recruitment and good incentives need to be presented in place. Thus without giving necessary attention to the above mentioned tools, the shortage precipitation of skilled labour will remain in force.

**Keywords:** Skills shortage, Construction labour; Construction Industry; Interventions; Apprenticeships.

## INTRODUCTION

The problem of skilled labour shortage in the United States construction industry was predicted more than two decades ago. A report written by the Business Round Table (BRT 1983) describes a technical skilled labour shortage as one of the main challenges the United States construction sector would be facing the last decade of the past century. The report predicted shortages of construction labour in both the open- shop environment and the union environment due to contractor's lack of interest in training and owners ignorance.

According to Bennett, (2001), the shortfall is a result of demographic issues, normal attrition, and the construction industry's poor image. However, these factors, along with construction users' fixation on cost per hour rather than total cost, have also contributed to degraded skill levels in workers. Currently, there is an extraordinary struggle for a very ordinary workforce. A more recent study by the construction User Round Table (CURT 2001) showed that owner companies considered the shortage of technical skilled labour as the most critical problem today's construction industry is facing. Of the responding companies, 82 % experienced shortages of technical skilled workers on their projects. Within the sample, 78 % indicated that trend has worsened over the past few years. One of the three owners reported increased cost, schedule delays, and project cancellations owing to craft shortages and 73% called the impacts significant or moderate. The study found that all types of construction projects (i.e., all sizes, all areas, and in every craft) are affected by shortages, however, the most affected trades were electricians, plumbers, welders, bricklayers, carpenters and roofers.

Recent statistics published by the Bureau of Labour Statistics (BLS 2004) indicate that by 2010, there will be a need to replace 1 49 000 construction trade jobs. The recent Bureau of Labour Statistic data indicate the construction industry is projected to be the largest and fastest source of employment growth among goods producing industries. For example, demand for steel metal workers is expected to have the fastest growth among other trades, adding 43 400 new jobs. Another fast growing occupation is electricians, which will experience demand for 84 800 jobs. Finally, the demand for construction labourers is expected to increase by 106 480 by 2010. Given this projected growth in the need for technical skilled construction workers and the poor image of the industry, construction employers might face problems finding new entrants to fill these positions or finding entrants with all necessary skills. The construction industry in the United Kingdom for example is facing a technical skilled labour shortage. The United Kingdom construction industry must draw from all labour sources irrespective of construction related experience, age, ethnic or social background. A study of infrastructure in South Africa revealed a shortage of individuals to build and maintain infrastructure in undeveloped areas.

## CONSTRUCTION INDUSTRY IN SOUTH AFRICA

In South Africa, the skills shortage has been acknowledged by Government and industry (Singh, 2007). The skills deficit appears to be on a path where demand will continue to outstrip supply as a result of the substantial growth in infrastructure investment. The step change in announced private sector projects in 2005 and 2006 resulted in additional skills requirements, the precise nature of which was beyond the scope of the study. Government-initiated projects also suggest a significant number of small (by value) municipal, provincial and national projects that will require more skills spread over several projects rather than a concentration of skills in fewer large projects.

Public corporations are expected to rollout a limited number of overlapping large projects, in addition to several other concurrent stadiums, Gautrain, airport, dam, housing and national roads projects. However, the skills requirement for each of these projects is expected to be in the order of 10's for

129

professionals and 100's for artisans, with only Eskom requiring about 2,000 artisans at peak levels of demand for each of its new power station projects.

Skills demand in the civil engineering industry has led to a rapid increase in employment to 107,000 employees in 2006 (13% higher than in 2005), further stimulated by strong optimism in the future outlook, the sector recorded a confidence index of 98/100 in December 2006. The industry has indicated that a skills crisis does exist to the extent that it takes longer to source skilled workers with the surge in skills demand resulting in a 30% premium to retain existing critical staff.

## REVIEW OF INTERNATIONAL LITERATURE

One of the greatest challenges currently facing the construction industry is attracting and retaining skilled craftspeople Kashiwagi and Massner (2005). In Arizona, the skill levels continue to decline while owners squeeze contractors for lower costs and faster schedules through the low-bid or design-bid- build delivery process. In response, contractors have reduced training and use of less skilled craftspeople to be competitive. An aging workforce, low pay, poor image and poor career paths for skilled craftspeople have precipitated the current work shortage. Both owners and the contractors are encouraged to work together to address these issues. One of the methods to accomplish this is to minimise the use of the low- bid process and move to a system that will more incentive for contractors to have highly qualified craftspeople. Contractors and owners that find a way to attract and retain quality craftspeople will be considered to be the successful companies of the future.

A construction industry institute study shows that 75 % of the contractors are experiencing labour shortages and that these shortages are costing contractors and owners time and money. The business round tables construction committee found that 25 % of their members projects encountered cost overruns and or schedule delays caused by a labour shortfall Kashiwagi and Massner (2005). The Department of labour, estimates that the construction industry needs to attract 240 000 workers each year in order to replace the aging workforce that is retiring or leaving the industry. The Department of labour also reports that the current average age of construction worker is 47 years old and climbing.

## NEGATIVE FACTORS AFFECTING CONSTRUCTION INDUSTRY

Quickly identifiable problems in the recruitment of skilled craftspeople include low wages, no clear cut career path, and a continuing diminishing craftsperson skilled training programme. Low wages is a major reason the construction industry is having problems retaining skilled labourers.

There seems to be a lack of image and well defined career path in the construction industry. In a recent survey of high school student by the national business employment weekly, 'Construction Worker' came in number 247 out of a possible 250 as an attractive career option. (Eickmann, 2001) Today's young people see construction work as uninteresting work and unattractive for variety of reasons, not limited to being dirty, physical challenging, moving around to work and often dangerous resulting in many young people opting to pursue other careers. Once a worker reaches journeyman status, which is normally around age 30, he has his salary set for life. For an example, a skilled welder with ten years of experience typically makes about $ 17 to $ 18 per hour. So, attrition from the industry usually begins around age 35. They drop out and do something different (Tucker, 2001).

130

There has also been a decrease in training by the unions. The unions have moved their efforts from improving their training programs and identifying the difference in performance to having owners specify labour agreements where craftspeople used by contractors are union trained. Job training has been traditionally handled by the trade unions in the construction industry.

Several solutions have been used to alleviate the problem of skilled labour shortages in construction industry. These include increased wages and other incentives such as guaranteed overtime, implementation of training incentives, employing foreign labour or even outsourcing construction work to foreign sources, and reduction of demand through automation and technology (Pappas 2004). However, such measures are difficult to sustain unless backed up by long – term strategy to support them. Other studies focused on the apprenticeships and new approach to learning that could address skills shortages and also transforming corporate performance or productivity.

## APPRENTICESHIPS

By definition, an apprenticeship represents a combination of on-the-job training and related instruction in which workers learn the practical and theoretical aspects of a highly skilled occupation Allardyce and McNamara (2005). The Office of Apprenticeship Training, Employer and Labour Services (OATELS) set quality standards for all apprenticeship programs registered with the federal government. It requires that all registered apprenticeships include at least one year (2,000 work hours) of on-the-job training and at least 144 hours of formal instruction. Apprentices completing the apprenticeship programs registered with federal and/or state governments will receive a certificate upon the completion of training. A federally registered apprenticeship is recognized across the nation and can be used in getting a journeyman's card in any participating state.

Construction apprenticeships generally take two to five years to complete, depending on the occupation. The apprenticeship requires five years for electricians, four years for carpenters, sheet metal workers and millwright workers, and three years for painters, drywall tapers, and bricklayers. For a general construction labourer, the apprenticeships generally require only two years to fulfill the requirements. Furthermore, if the apprentice receives a certificate for completing the training, he or she can also receive a journeyman card from their respective national union organizations. With a journeyman's card, a worker can find work anywhere in the nation in that particular occupation. Though many apprenticeship programs have adopted a philosophy of 100 percent acceptance to the programs, they still must place some minimum requirements on eligible applicants to ensure people are truly interested in construction trades.

In general, the minimum requirement for acceptance into an apprenticeship requires that an applicant:

- be at least 17 or 18 years old,

- have a valid driver's license,

- have a high school diploma or GED certificate, and

131

- to be physically capable of performing the work of the trade to be learned.

Some training providers set stricter requirements by asking applicants to provide proof of eligibility of work or requiring applicants to take an entrance examination on their reading or math skills. Several providers enforce zero-tolerance drug policies by requiring applicants to pass a drug test and by conducting periodic drug testing to ensure the safety and health of apprentices for their member contractors.

For union-organized apprentice training, the policies can be slightly more stringent Allardyce and McNamara (2005). Often time applicants are brought into the apprenticeship program on "as needed" basis. The number of applicants brought in depends on the work available at the time. Some training providers adopt a policy of "pre - apprenticeship" to ensure that applicants are suitable for construction careers. Of course, workers enter many construction jobs with no formal classroom training after high school. Workers starting immediately after high school can enter the construction trades occupations as labourers, helpers or apprentices. For those who come with the background of technical or vocational schools, they typically progress at a somewhat faster pace than workers who have only a high school degree because the technical or vocational program graduates already have had some of the necessary courses in mathematics or mechanical drawing that help them succeed in higher skill trades occupations. Through the apprenticeship or employer-provided training, entry-level workers can enhance their skills by working with more experienced workers and moving on to perform more highly skilled occupations. These apprenticeships and other training also typically require classroom training in math and drafting. With additional education and training, skilled craft workers can also advance to supervisor or superintendent positions through more advanced training and apprenticeship programs. Participating in apprentice training allows young people who have no experiences in construction to learn the specific trade skills. The benefit to the firm, industry, and customers is that these workers have the credentials and capability to complete quality construction work.

Union" apprenticeship programs provide a wide range of construction trades and safety training for electrical work, carpentry, boiler making, general construction, drywall installation, bricklaying, painting, plumbing, pipefitting and refrigeration, sheet metal, and other trades. Apprentice participation in the union apprenticeship programs is limited to contractors who are union members.

The second type of apprentice training program is provided by non-union, or "non-bargain," "non-joint" or "open-shop" organizations. These non-union apprenticeship programs are governed unilaterally with individual employers or contractor associations controlling and administering the apprentice training.

The electrical, plumbing and carpentry trades are the most common crafts offered through the non-union apprenticeship program providers. For some association apprenticeships, contractors must be members of that specific trade association. Apprentices who participate in this type of training are frequently limited because firms must first recruit a worker to participate and then sponsor their enrolment. The other type of non-union apprenticeship program is frequently offered through private individual employers in which the firms train their own employees by designating experienced workers to mentor those new employees with specialized skills to meet the company's needs.

132

Companies that provide their own apprenticeships are primarily large contractors that are in the business of building construction, highway and tunnel construction, and specialty trades in carpentry, plumbing and electrical work. In addition to apprentice training, local community colleges and vocational schools also provide other venues for people who are interested in entering construction or upgrading their skills by taking courses related to building and construction trades. Several community colleges within the state offer apprentice training, mostly working with union or non-union training providers to allow their students to gain on-the-job training to complement formal classroom instruction. In these cases, the community colleges provide classroom-related training, either on or off campus while the trade unions or contractor associations conduct on the- job training as well as tracking the working hours completed by apprentices for certification.

## PRODUCTIVITY

Construction is generally labour-intensive and this is particularly the case in countries such as South Africa (CIDB, 2004). Historically, the construction industry has largely relied on a core of highly skilled staff (generally white and often expatriate) to supervise a largely semi-skilled and unskilled workforce (generally black). The decline in demand for construction products over the past decades, and associated uncertainty, has seen a reduction in skills training since the 1980s, and the closing down of industry training institutions in the 1990s. It has been reported that only about 70 percent of the available training capacity is currently being utilized. A high standard of quality in major engineering and commercial projects is largely reliant on an ageing skills base. Much of the industry's activity however relies on a semi-skilled workforce, with increasingly less able supervision. This often manifests in slow delivery, significant rework to rectify defects, and associated materials waste that is built into the tendering and project costs.

According to Coulson –Thomas (2007), companies or firms should adopt new ways of developing key workgroups. "A change of direction is urgently required. New ways of harnessing human potential and enabling excellence can deliver both commercial success and personal fulfillment." Professor believes: "Skill challenges faced by companies or firms can be addressed. Critical success factors have been identified in key areas and winning ways of undertaking activities vital for corporate success. Pioneering companies build the critical success factors into how people work, make it easier for them to undertake complex tasks, and enable them to emulate the approaches of high performance.' According to Professor, "The right support can build confidence, increase skills and transform performance. The implications for a wide range of organisations are profound.

If the winning ways of high performers can be captured and emulated by others developing and retaining superstars becomes hugely important." He argued for a switch of priorities that "Training and development is focused upon bringing poor performers up to speed in marginal areas. The emphasis should be upon encouraging people to build upon natural strengths and excel at what they do best and most enjoy. Educationalists are too often focused upon the disruptive and a social engineering agenda rather than the pursuit of excellence and the encouragement of superstars whose superior approaches and discoveries could benefit everyone."

133

## INCENTIVES/ REWARDS

Wages provide a marginal measure of the productive ability of workers, which is the value placed on a workers ability to convert mental or physical effort into productive output. The relative wage rise provides an incentive for workers to enter or re – enter the occupation. If the relative wage differential is maintained, for longer term, it will provide encouragement for students to train in the area and enter the occupation. Incentives are usually defined as tangible rewards that are given to those who perform at a given level. Such rewards may be available to workers, supervisors, or to top managers. Whether the incentive is linked directly to such items as safety, quality, the reward follows successful performance. Many companies feel that pocket money is no longer a good motivator. Some companies' merely reward good workers with an extra day -off with pay. Others concerns reward top performers with better working conditions.

Companies must have an innovative retention and reward strategy that goes beyond the usual pay-based schemes. Good pay is important, but not the answer to itself. There is a new workplace currency that motivates people to stay and it involves everything but pay, (Harraway, 2007). Good retention strategies go much deeper into the human psyche and involve actions and attitudes that make employees feel successful, secure and appreciated. "Globally, the best companies to work for do not pay the best salaries," "It is little things that count." Values are changing and a balanced life is becoming just as important as a fat salary. People want to be challenged on daily basis and they want to learn and grow. Yet different things motivate individuals, depending on their age, status and career goals. So reward strategies must be tailored to the employee. Overall, the reward should address compensation, benefits, recognition and appreciation. A "total reward package" blends monetary rewards (such as base salary, short- and long-term incentives, cash and health, welfare and retirement benefits) with non-monetary rewards (such as non-monetary recognition, a good working environment, and training and development).

Remuneration and performance management are business issues, not only human resources issues. "Decision regarding remuneration and performance management will have a direct effect on business profitability, operational expenditure, company culture and employee behaviour."

An effective strategy incorporates:

- Clearly defined goals and a well defined link to business objectives;

- Well designed, consistent pay and reward programmes, tailored to the needs of the organisation and its people; and

- Effective, supportive reward processes.

Harraway (2007) warned that the communication of a rewards strategy is as important as its design. "A poor benefits plan communicated well is better than the best strategy communicated poorly." As a retention mechanism and a performance driver, long- term incentive schemes form a key component of executive pay. But share options are very poor motivators because of the unpredictable nature of the stock market, so staffs prefer shot-term incentives.

134

At executive level in particular, the balance between short- and long- term incentives must be well structured. Short-term incentives can instantly pep up performance and encourage people to develop more skills or change their behaviour. Those instant rewards can also encourage the desired behaviours, attract and retain the best talent, reward people for going the extra mile.

## FINDINGS

The purpose of this section is to synthesize the information associated with skills shortages and identify the most important findings. Globally, research shows that shortages are the biggest constraint on construction growth with project and contract managers, tradesman and engineers cited as the scarcest of all skills. The study identified that the shortfall of skilled labour is a result of demographic issues, normal attrition (i.e. A skilled worker start to set a salary for life at a certain age and turn to drop – out for something different) and the construction industry's poor image. It has been reported that the skilled labour shortages resulted in increased cost, schedule delays and project cancellations and that the impact has been significant (CURT 2001). The construction industry is unattractive for variety of reasons, not limited to being dirty, physical challenging, and often dangerous resulting in many people opting to pursue other careers. Low wages is also a major reason the construction industry is having problems retaining skilled labourers.

## CONCLUSION AND RECOMMENDATIONS

The skilled labour shortage is one of the most factors affecting the construction industry currently. Most of the contractors are experiencing this shortage which cost them tremendous time and money. The quick identifiable problem is that the workforce that joined the industry in 1950s and 1960s is now quickly retiring and not that it's leaving the industry but result the industry with no skilled workforce. In addition, a lot of projects tend to close out due to this impact. Furthermore, young people tend not to show any interest in working in the construction industry, simply because of its conditions of work, the hours of work, and the flexibility of travelling around. Following are several recommendations that will address some of the fundamental issues facing the industry:

### Government and the Private Sectors Intervention

It is important that the Government and the private sector maintain accurate and reliable data on supply and demand for ongoing planning, monitoring and evaluations. They need to improve and diversify funding to contribute to improve skills development through training, mentoring and internships.

### Improving the image and awareness of careers in construction trades

This requires ongoing intervention by the construction firms and the industry. Specifically, initiatives such as Construction Week and open – day at colleges needs to be maintained and strengthened including enhanced support by industry.

### Improving curriculum developments

There should be a growing acceptance that education and skills training should encompass a careful mix of theoretical as well as industry – based training.

**Long term investments for Apprenticeships by worker and firm**

Whilst Colleges offer theoretical components, firms need to get into an agreement with the trainees to host their practical training. The apprentice would then practice his/ her trade under the supervision of qualified artisan. Upon completion of such training, the trainee would write a trade test and receive a certificate of competence.

**Incorporating incentives/ rewarding strategies to encourage and to retain**

An innovative retention and rewards strategies need to be contemplated to attract and retain the best talent for workers to go an extra mile. If the relative wage differential is maintained for longer term, it will provide encouragement for learners to train in the area and enter the occupation.

## REFERENCES

Allardyce, J., McNamara, S., 2005. *A Workforce Needs Assessment of Arizona Construction Trades Industry.* Arlington. ACCRA

Bureau Labour Statistics (BLS). (2004). 2002 *National industry specific occupational employment and wage estimates:* NAICS 237900- Other heavy and civil engineering construction. US Department of Labour. Available from: http://www.bls.gov/oes/200.2/naics4-237900.htm (Accessed March 2007).

Business Round Table (BRT). (1983). *More construction for the money. Construction industry cost effectiveness project, summary rep.,* The Business Round Table. Houston.

CIBD (2004). SA Construction Industry Status Report; Pretoria. CIDB

Construction Users Round Table (CURT). (2001). "CURT work force development survey results." The construction user round table. Cincinnati.

Coulson – Thomas, C. (2007). *A New Approach to Learning Could Address Skills Shortages and Transform Corporate Performance.* United Kingdom. PRLog.org

Harraway, R. (2007). *SA firms must get incentive in bid to retain best staff.* Available from: http://www.businessday.co.za/articles/management.aspx?ID=BD4A327455 (Accessed 28 February 2007).

Kashiwagi, Dean T. and Massner, S., 2005. Solving the Construction Craftsperson Skill Shortage Problem Through Construction Undergraduate and Graduate Education. Available from: http://www.ascjournal.ascweb.org/journal/2005/no1/89-101_Kashiwagi.pdf

(Accessed 09 March 2007).

Pappas, M.P., (2004). *An assessment of implementation requirements for the TIER II construction workforce strategy.* Dissertation. University of Texas at Austin.

Singh, S. (2007). *Building a 21st Century South Africa.* Pretoria, CIDB.

Tucker, R., Bennett and Eickmann, K., (2001). *Pulp and paper projects feel impacts from skilled construction labour shortage.*

Available from: http://findarticles.com/p/articles/mi_qa3636/is_200109/ai_n8981837 (Accessed 23 April 2009).