# Expert Report
# of Dale Belman, Ph.D

# Exhibit VIII

**2013 2016**
**OHIO HIGHWAY  HEAVY  MUNICIPAL  UTILITY**
**STATE CONSTRUCTION  AGREEMENT**
Between
**LABORERS' DISTRICT COUNCIL  OF OHIO**
An Affiliate of the
**LABORERS' INTERNATIONAL  UNION**
**OF NORTH AMERICA**
And
**OHIO CONTRACTORS ASSOCIATION**
**LABOR  RELATIONS DIVISION**

**1. THIS  AGREEMENT**    is  made  and  entered  into  by  and between the Labor Relations Division of the Ohio Contractors Association as the recognized bargaining representative of its members (hereinafter referred to as **CONTRACTORS**) as a party of the first part and the Laborers'  District Council  of Ohio of the Laborers' International Union  of North America (hereinafter called the **UNION**), as party of the second part.

**2.** It is specifically  understood  that said Labor Relations Division  of the Ohio  Contractors Association  and its Negotiating Committee shall not be liable hereunder for any reason whatsoever, including, but not limited to, any acts of its subscribing members.

**3.** It is specifically  understood  and agreed that the Laborers' District Council  of Ohio,   as an entity, separate and apart from the Local Unions  of which  it is comprised,  shall not be liable hereunder for any reason whatsoever, including,  but not limited to, acts of Local Unions  which are members of  the Laborers' District Council of Ohio.

**4.** It is further understood   and agreed  that the liabilities  of the Contractors subscribing hereto and the Local Unions subscribing hereto shall be several and not joint.

1

**5. (a)** The said Labor Relations Division of the Ohio Contractors Association agrees to furnish to the Union a list of all present members subscribing to the terms within the Agreement. The Labor Relations Division of the Association will certify promptly to the Union, Contractors who affiliate subsequent to the date of this Agreement and such LRD members shall be covered and bound by the terms of this Agreement. The Union may request a meeting with such new member and the OCA LRD representative and such meeting will be held within five (5) days of the request.

**(b)** The Union may extend this Agreement to Contractors who are not members of the Labor Relations Division of the Ohio Contractors Association and such Contractors shall be bound by the terms and provisions of this Agreement. The extension Agreement to be signed by individual Contractors will be known as **"Acceptance of Agreement"** form and shall be attached to this Agreement. The Union will give a copy of the individually signed **"Acceptance of Agreement"** form to the OCA LRD promptly. Such Contractors shall be referred to as the **"Contractor."**

**(c)** This Agreement covers the entire understanding between the parties hereto. No oral or written rule, regulation or understanding which is not mentioned or referred to herein shall be of any force or effect upon any party hereto.

2

## ARTICLE I SCOPE

**6.** The purpose of this Agreement is to determine the hours, wages and other conditions of employment, and to adopt measures for the settlement of differences and maintaining a cooperative relationship so that the Contractors may secure sufficient capable employees, and the employees may have as much continuous employment as possible without interruption by strikes, lockouts, or other labor troubles.

**7.** All members of the Ohio Contractors Association, Labor Relations Division, and any person, firm or corporation who as a Contractor becomes signatory to this Agreement shall be bound by all terms and conditions of this Agreement as well as any further amendments which may be negotiated by the Labor Relations Division of the Ohio Contractors Association, and the Union, and shall be bound to make Health and Welfare, Pension, Training and Apprenticeship, (LECET) Laborers Employers Cooperation & Education Trust and LIUNA Tri Fund contributions and any other payments as required for all work performed within the work jurisdiction outlined in **Article II** of this Agreement.

**8. (a)** This Agreement shall cover "Highway Construction," "Airport Construction," "Heavy Construction," "Railroad Construction," "Sewer, Waterworks, Utility Construction," "Industrial and Building Site," "Sewage Plant, Waste Plant, and Water Treatment Facilities Construction," "Pumping Station Construction," "Ethanol Plant Construction," "Municipal, County and State Facility Pool Construction," "Hazardous Waste Removal," and "Lead Abatement" work that any Contractor or Subcontractor performs in the State of Ohio (eighty eight (88) counties), the two (2) counties of Brooke and Hancock in the state of West Virginia and the three (3) counties of Boone, Campbell and Kenton in the Commonwealth of Kentucky, and which comes within the jurisdiction of the Laborers' District Council of Ohio, an affiliate of the Laborers' International Union of North America, as set forth in **Exhibit A**.

3

**(b)** Any Contractor who is or becomes bound by the terms of this Agreement by its membership in the Labor Relations Division of the Ohio Contractors Association or who becomes bound as an individual Contractor signatory to this Agreement shall be bound by all terms and conditions of the Agreement or subsequent Agreements until or unless proper termination notice is given.

**(c)** The Contractor will make assignments of work to employees represented by the Union in accordance with the jurisdiction recognized to be that of L.I.U.N.A., by mergers and amalgamation of the International Union.

## ARTICLE I I
## DEFINITIONS

**9. "Contractors"** or **"Subcontractors"** where used in this Agreement means any person, firm or corporation, bound by the terms of this Agreement, who or which is a member of the Ohio Contractors Association, Labor Relations Division, and any person, firm or corporation, who as a Contractor becomes signatory to this Agreement and is engaged in either "Highway Construction," "Airport Construction," "Heavy Construction," "Railroad Construction," "Sewer, Waterworks and Utility Construction," "Industrial and Building Site," "Sewage Plant, Waste Plant, Water Treatment Facilities Construction," "Pumping Station Construction," "Ethanol Plant Construction," "Municipal, County and State Facility Pool Construction," "Hazardous Waste Removal," and "Lead Abatement" work, as hereinafter defined within the jurisdiction.

**9. (a) "Union,"** where used in this Agreement, means Laborers' District Council and its affiliates. Affiliates or Local Unions shall be considered parties to this Agreement and bound by its terms and conditions.

**10.** The word **"work"** when used herein means "Highway Construction," "Airport Construction," "Heavy Construction," "Railroad Construction," "Sewer, Waterworks and Utility Construction," "Industrial and Building Site," "Pumping Stations, Ethanol Plants, and Municipal, County and State Facility Pool Construction," "Sewage Plant, Waste Plant, Water Treatment Facilities Construction," "Hazardous Waste Removal" and "Lead Abatement," work as hereinafter defined coming within the jurisdiction of the Union as set forth in **Exhibit A**.

**11. (a) "Highway Construction"** work is defined as work performed to provide a facility to accommodate vehicular or pedestrian traffic (except as limited herein) and includes the construction of all streets, roads, expressways, turnpikes, bridges, drainage structures, grade separations, parking lots, rest areas, alleys, sidewalks, guardrails, highway lighting, signal lighting, sound barriers, bridge rails and fences.

(b) **"Airport Construction"** work is defined as including site preparation, grading, paving, drainage, fences, runway lighting, driveways, parking areas, and similar work incidental to the construction of airfields.

(c) **"Heavy Construction"** work is defined as including excavation for underground garages, grade separations, foundations, abutments, retaining walls, shafts, tunnels, subways, elevators, drainage projects, flood control projects, reclamation projects, reservoirs, water supply projects, water development projects, hydroelectric development, utility transmission lines, including right of way clearing, locks, dams, dikes, levees, revetments, channels, channel cutoffs, intakes, dredging projects, jetties, breakwater, docks, harbors, irrigation systems and all municipal and utility construction.

(d) **"Railroad Construction"** work is defined as including grading, drainage, placing of rails, crossties, ballast and the construction of bridges, and other incidentals for railroads, street railway construction projects and rapid transit system projects.

(e) **"Sewer, Waterworks and Utility Construction"** work is defined as including construction of all storm sewers, sanitary sewers, supplying and distributing waterlines, sewer rehabilitation, gaslines, telephone and television conduit, underground electrical lines, and similar utility construction. Main waterline and trunk sewers connecting waterworks and/ or sewage disposal plants are included within this definition.

(f) **"Industrial and Building Site"** work is defined as the clearance and excavation, and including sidewalks, roads, streets, parking lots, bridges, drainage, sewer and waterlines within property line but outside of the building proper.

(g) **"Sewage Plant, Waste Plant, Water Treatment Facilities Construction, Pumping Stations, Ethanol Plant Construction, and Municipal, County and State Facility Pool Construction"** (except packaged plants) shall be all work in construction of pumping stations, waste and sewage disposal plants, incinerator plants, water treatment plants, filtration plants and solid waste disposal plants.

All work involved in laying and installation of process piping outside of a building, structure or other work, regardless of the material used or substance conveyed.

All work involved in laying and installation of process piping and associated equipment both outside and within sewage filtration, water treatment plants, and ethanol plants, including, but not limited to, mechanical and pressurized pipe within.

All work in connection with the construction of swimming pools, including but not limited to, the installation and demolition of water filtration systems, at municipal, county and state facilities.

(h) **"Hazardous Waste Removal"** This work shall include, but not be limited to, clearing brush and trees, installing fence and erosion curtains, building dikes with sandbags and/ or soil and lining with plastic materials, site clearing such as removal of steel, wood, trash, etc.; and locating buried lines, sewers, and drums, and establishing their condition; overpacking, applying absorbents to leaking material, handling and rigging of all materials and general clean up of leaked materials and chemicals; opening sample drums, labeling and transferring bulk liquids from drums into other containers; decontaminating all tools, equipment and personnel on site; lining truck beds with plastic, and handling pumps and accessories necessary to drain or fill ponds, lagoons, and slurry walls.

(i) **"Lead Abatement"** The demolition of structures or parts thereof containing lead and the disposal, including the erection and removal of any structure or structures for the removal, including the encapsulation and/or containment of lead. The abatement process includes removing lead paint by means of dry scraping, power sanding or scraping, heat guns, and by chemical removers.

(j) **"Cathodic Protection Installations"** This work will include all construction and demolition work in conjunction with cathodic protection including, but not limited to, all testing, welding, cleaning (by any mode or method); drilling of holes, installation of anchors and electrical wire, mounting of rectifiers, running conduit and pulling wires to connect to DC side of rectifier; installation of conductive paste, spray or roll on of all necessary coatings or paint, installing anodes and conductive gels; loading, unloading, transporting, handling, sizing, fitting and placement of all materials as well as operating any and all necessary equipment for same.

**12.** This Agreement and its terms and conditions do not apply to building construction work performed by a Contractor. If a dispute arises concerning the application of this Agreement and whether the classification of building construction shall be applied to the work involved, then the dispute shall be referred for final and binding determination in accordance with the procedures established in **Article XIII** of this Agreement.

**13.** Employees shall not include professional engineering personnel, clerical employees, time keepers, superintendents, assistant superintendents nor any supervisory personnel, but shall include all other persons employed by the Contractor in the performance of any of the various classes of work covered by this Agreement, coming within the jurisdiction of the Union as set forth in **Exhibit A**, excepting where a Contractor finds that he needs an exclusive Laborer foreman.

8

# ARTICLE I I I
## WORKING CONDITIONS

**14.** Employees shall be free to select the Contractor for whom they desire to work, and the Contractor shall be free to select the employees whom he desires to employ, subject to the terms of this Agreement.

**15.** Employees are to be paid the wages applicable to the work performed without any discount and in return the Contractors are to receive a fair and honest day's work.

**16.** **(a)** The Contractor is to be the sole judge as to the satisfactory performance of work by an employee and may discharge for just cause any employee whose work is unsatisfactory or who fails to observe the safety precautions, substance abuse policies, or other rules and regulations prescribed by the Contractor for health, safety and protection of his employees. However, no employee shall be discharged for defending the rights of any employee under the terms of this Agreement.

**(b)** Further, no employee covered hereby may be discharged by a Contractor for refusing to cross a legal picket line, which picket line has been authorized and sanctioned by proper authorities. No jurisdictional picket line shall be recognized.

### DRUG AND ALCOHOL ABUSE PROGRAMS

**(c)** The parties recognize the problems that drug and alcohol abuse have created within the construction industry and agree on implementing drug and alcohol abuse prevention programs, that will work toward maintaining a safe workplace, free of drugs and alcohol.

**Drug Testing:** The Contractor and the Union are committed to a policy that promotes safety in the work place, employee health, and well being. In consideration of this policy the Union and the Contractor agree that any employee found to be under the influence of, in possession of, engaged in the distribution of drugs or alcohol on the job site shall be subject to disciplinary action, up to and including immediate discharge.

Within two (2) weeks of reporting to the job site, each new employee may be scheduled for a drug test. Employees using a prescription drug which may impair mental or motor function shall inform their supervisor in writing of such drug use.

Employees' involvement with drugs and alcohol can adversely affect job performance and employee morale. In the construction industry the consequences of drug or alcohol use or influence while on the job site can be disastrous. The Contractor and Union, therefore, agree to the following policy to insure all employees of a safe and efficient job site free from the effect of drug and alcohol use or influence.

All job sites or work areas are subject to massive drug screening or random drug screening. Any employee who is involved in an on the job accident resulting in injury to a person or property, or whose observed behavior raises a reasonable suspicion of probable cause of illegal drug or alcohol use impairment while on the job site, may be required as a condition of continued employment to submit to a test for alcohol and/or illegal drug use which impaired the employee's ability to safely perform his/her duties on the job site. Such tests usually involve a sampling of the employee's blood, urine, or breath. Any employee who is asked to submit to such a test will be required to sign a consent form. If an employee who is asked to submit to a test refuses to do so, or refuses to sign the necessary consent form, that employee will be subject to disciplinary action up to and including discharge.

All testing will be done by a reliable, established laboratory. If this initial test screen result indicates positive findings, further testing of the same sample must be done to confirm the original findings before the laboratory can report positive findings. The confirmation test will be conducted by an independent, accredited National Institute of Drug Abuse or College of American Pathology Laboratory and utilize the more scientific Gas Chromatography/ Mass Spectrometry examination (GC/ MS). The results of all tests will be kept confidential between the employee and the Contractor.

10

The employee shall be paid his/her regular hourly wages and fringes for the time required for drug testing provided results are negative. Two hours "show up time" is permitted for advanced drug testing or for payment when the employee is delayed starting work because of time needed to confirm instant drug test.

If the GC/MS test results are positive, the employee may be granted a leave of absence for the purpose of drug and alcohol rehabilitation. If the employee is eligible, such rehabilitation programs are covered under the Laborers' International Union of North America Health and Welfare Program providing the employee confines himself/herself to a twenty four (24) hour licensed rehabilitation medical facility.

The employee shall be removed from the Contractor's job site. Upon presentation of certification of the employee's successful completion of the drug/alcohol rehabilitation program, the employee may be restored to his/her original job with the Contractor.

If the employee was reinstated he/she shall for the next succeeding twelve (12) month period, present to the company representative monthly certification of negative drug/alcohol test results; failure to do so will result in denying the employee the right to maintain his/her availability to be sent to a job site or if working, to be removed from work.

## OSHA AND SAFETY

(d) In accordance with applicable OSHA safety & health standards requiring safety training and education, the Union shall make available to each Union member the 16 hour STP "Safety Training Program" certified by the U.S. Department of Labor in its training and apprenticeship program. The Contractors shall by company policy encourage or require the employee to obtain all training available. Laborers' District Council shall provide all members training in recognition, avoidance and prevention of unsafe conditions in its Training and Apprenticeship Program. It shall be the responsibility of the member to take advantage of the opportunity to receive safety training and Laborers' District Council shall not be held liable for his or her failure to do so.

**(e)** Effective May 1, 2011 and thereafter all Laborers dispatched to and/or employed on a project are required to have successfully completed the 16 hour Safety Training Passport (STP) program or an OSHA approved 10 hour construction safety training program. Comparable safety training shall be renewed and updated every five (5) years or the Laborer shall be considered unqualified. Verification or valid, updated training must be presented to the employer upon dispatch, hire, or request. The Union and Contractors are in mutual agreement that should application of this provision cause an unreasonable financial or scheduling burden on the Laborers' Training & Apprenticeship Center, as determined by the Director, the provision shall be temporarily waived.

**17.** The number of men to be employed is at the sole discretion of the Contractor, and the fact that certain classifications and rates are established does not mean that the Contractor must employ employees for any one or all such classifications or to man any particular piece of equipment that happens to be on the worksite, unless the Contractor has need for such employee. However, this does not relieve the Contractors from the responsibility of properly manning any piece of equipment that is placed in operation. Subject to the terms of this Agreement, the Union will be the sole bargaining representative of all employees employed on the work covered by this Agreement.

**18.** **(a)** During the term of this Agreement, employees covered hereby may be offered the opportunity by the Contractor to accept employment on any other project of the Contractor coming within the terms and conditions of this Agreement, but said employment, if accepted by the employee, is subject to the provisions of this Agreement.

**(b)** An employee to be eligible for transfer under this provision must be a member in good standing of the Union under the terms of this Agreement and such employee is responsible for furnishing proof thereof at the time of transfer.

**(c)** An employee transferred under this provision who is not a member of the Union in good standing will be immediately removed from the job by the Contractor upon written notification from the Union.

**19.** A Contractor shall be designated as a local Contractor when working in the area of jurisdiction of the Local Union which has jurisdiction in the county where the Contractor's home office is located, or where the contractor has established a divison or regional office which has been in place for at least one (1) year.

Such local Contractor shall employ Laborers using the following procedures:

**(a)** Any Laborer Union member in good standing, who has worked for the Contractor during the past year may be hired or recalled.

**(b)** Local Contractors hiring additional help will obtain at least fifty percent (50%) of such additional employees through the Local Union.

**20.** A Contractor shall be designated as a Traveling Contractor when working on a project located outside of the jurisdiction defined for a local Contractor.

**(a)** Traveling Contractor shall be further defined and shall use the following hiring and transfer procedure.

**(b)** Any Traveling Contractor who is not performing the types of work specified in Paragraph 21 will man jobs on the following basis:

        1st man   Transferred employee
        2nd man  Hired through local Union
        3rd man   Transferred employee
        4th man   Transferred employee

Additional workmen needed thereafter will be on the basis of two (2) employees secured through the local Union and one (1) transferred employee.

Any Traveling Contractor who does not transfer employees from another Local Union jurisdiction as provided herein, shall hire any additional employees through the Local Union. However, if a local Union is not able to furnish qualified applicants, the Contractor may hire employees directly from any source.

**21.** Contractor 's crews engaged in the performance of the following types of work: curb, gutter, median strip paving, guardrail work, fencing installations, sign installations, seeding and landscaping, asphalt and deck paving, electrical work, shall man crews as follows:

| | |
|---|---|
| 1st man | Transferred employee |
| 2nd man | Hired through Local Union |
| 3rd man | Transferred employee |
| 4th man | Transferred employee |
| 5th man | Hired through Local Union |

Thereafter, employees shall be employed on a 50 50 basis between the transferred employees and those hired through the Local Union, with the sixth (6th) employee to be a transferred employee.

**22. Specialty Contractors:** Curb and gutter, concrete paving, tunneling and boring, fence installation, sign installation, seeding, landscaping, paint striping, delineators, guardrail, electrical, crack sealing, slurry seal, under drain, and water blasting. Bridge work one million five hundred thousand dollars ($1,500,000.00) or less.

1st employee transferred
2nd employee transferred
3rd employee transferred
4th employee hired from Local Union

Thereafter employees shall be employed on a 50 50 basis between the transferred employees and those hired through the Local Union, with the 5th employee to be a transferred employee.

Contractors Performing water and/or sewer work.

1st employee transferred
2nd employee transferred
3rd employee hired from local union

(a) Reporting pay shall be two (2) hours and actual time worked; beyond two (2) hours to include an hour's pay for any portion of an hour worked.

14

**(NOTE: The Counties of Cuyahoga, Geauga and Lake are excluded from Sections 22 and 22a).**

**(b)** Time and one half shall be paid for all hours worked over forty (40) hours in a week, where not in violation of federal and state statute. (Note: paragraph **(b)** is not applicable to workers temporarily hired through the local union hall.)

**23.** The Contractor shall furnish ample protective clothing, namely: raincoats, rainsuits, knee boots or over, headgear, etc., when employees are required to work in mud, concrete or inclement weather or any other wet conditions. Boots shall be issued to the individual for the duration of the job and shall not be reissued until they have been thoroughly sterilized and dried. Protective clothing issued shall be chargeable to the employee if lost or damaged beyond ordinary wear and deterioration.

Sanitation measures shall be taken and wearing apparel disinfected that is subject to spreading disease.

**24.** When special shoes and/or other safety apparel or equipment is required by a Contractor, it shall be provided by the Contractor at no expense to the employee.

**(a)** The furnishing of tools or equipment shall not be a condition of employment. When special safety equipment is required by circumstances under which the employee is working (including communication devices) it shall be the responsibility of the Contractor to furnish same at no cost to the employee.

**25.** A Contractor shall not be hindered or prevented from using any type or quantity of machinery, tools, or appliances and may secure materials or equipment from any market or source he sees fit, except prison made goods.

**26. "Tunnel Work"** (Compensation for Travel Within Tunnel) The individual Contractor shall pay employees covered by this Agreement working within the tunnel, adits, or shafts, on a portal to portal basis as follows: The hours of employment of such employee shall commence at the portal of the tunnel, adit or shaft at which he is directed by the individual Contractor to report for work on his shift and shall end at such portal.

15

If a change house is located more than 1250 feet from a portal, adit or shaft, then the time of work shall start, for pay purposes, at the change house.

**27.** This Agreement is not to apply to any operations or business in which any Contractor engages except that set forth in **Article II** and/or that coming within the jurisdiction of the Union as described in **Exhibit A,** herein.

**28.** The authorized representative of the Union may visit jobs during working hours but must not hinder or interfere with the progress of the work.

**29.** The Business Manager in whose jurisdiction a job or project is located shall have the right to appoint a Steward from the Contractor's or Sub Contractor's employees on said job or project or to send a Steward to the Contractor when an additional employee or employees are employed. The Steward shall be subject to the same terms of employment as any other employee. In recognizing the Union's desire to have representation on the job or project when Laborers are employed, the Steward will be afforded the opportunity to work overtime, provided the Steward does not replace another Laborer from previously assigned duties.

The duties of the Steward shall be to see that this Agreement is strictly adhered to by both parties, protect the work jurisdiction as outlined in this Agreement, and represent the Union on jurisdictional problems that arise.

The Contractor will notify the appropriate Local Union Business Manager forty eight (48) hours prior to laying off a Union Steward, except no notice will be required for discharge for such offenses as drunkenness on the job, theft, substance abuse, assaulting another person, etc. When it becomes necessary to make a permanent lay off, the Steward, provided he/she is qualified to perform the available work, will be the last person laid off.

The Steward, in case of an employee being injured on a project, shall see that the employee's family is properly notified and his belongings taken care of, unless the Contractor assumes the responsibility. The Steward shall not be made to suffer any loss of pay when discharging these responsibilities.

16

The Union will notify the Contractor of the Steward so appointed.

On a project operating two or more shifts, at the option of the Business Manager, he will appoint a Steward for each shift; however, said Steward shall act in his/her assigned capacity for his/her specific shift only.

**30.** On election days employees shall be allowed not to exceed two (2) hours' time without pay for the purpose of voting, providing the employee has given notice to the Contractor or his agent and has made arrangements not less than twenty four (24) hours in advance to receive such time off.

**31.** Employees leaving work for treatment by a physician because of a job injury will be paid for the eight (8) hour work day, providing the attending physician certifies in writing the employee is unable to return to work due to the injury received on the job site.

**32.** The Contractor shall furnish salt tablets and cold water in sanitary containers with sanitary drinking cups. Water shall be available on the job not later than one hour after starting time.

Adequate sanitary toilet facilities on each project shall be provided as required by state and federal code.

Flag persons shall be entitled to adequate relief for the use of toilet facilities.

**33.** The Contractor agrees to carry Ohio State Workers' Compensation Insurance, West Virginia Workers' Compensation for the two counties covered herein and Kentucky Workers' Compensation Insurance for the three counties contained herein for the protection of the employees. Upon request of the Union, the Contractor shall show evidence of his Workers' Compensation Insurance. The Contractor shall carry Unemployment Insurance as required by Ohio or West Virginia or Kentucky and show proof of such coverage.

## ARTICLE I V
## UNION SECURITY

**34.** The Contractor recognizes and acknowledges that the Laborers' District Council of Ohio of the Laborers' International Union of North America, is the sole representative of all employees in the classification of work under its jurisdiction covered by this Agreement, for the purposes of collective bargaining. The Union recognizes the Ohio Contractors Association, Labor Relations Division, as the sole bargaining agent for those members they represent, for work as defined therein for the area defined herein and recognizes the Ohio Contractors Association, Labor Relations Division, as negotiating agent for its members for all work defined in **Article II** for the area outlined in this Agreement.

**35.** Subject to the provisions and limitations of the National Labor Relations Act, as amended, all present employees who are members of the Union on the effective date of this Agreement shall continue their membership in the Union for the duration of this Agreement to the extent of paying an initiation fee and membership dues uniformly required as a condition of acquiring or retaining membership in the Union. All employees who are not members of the Union and all persons who hereafter become employees shall become members of the Union on the eighth (8th) day following the beginning of their employment or on the eighth (8th) day following the effective date of this Agreement, whichever is later, and shall remain a member of the Union, to the extent of paying an initiation fee and the membership dues uniformly required as a condition of acquiring or retaining membership in the Union, whenever employed under and for the duration of this Agreement.

The Contractor will not discriminate in hiring of employees and will conform to laws with respect to hiring. It is understood the Contractor shall have the right to reject any employee referred for hire by the Union. Any employee referred by the Union to the Contractor at the Contractor's request and then not put to work shall be paid reporting pay unless the employee is not capable or qualified to perform the work required.

**36.** It is a condition of this Agreement, agreed to by both the Union and the Contractor, to provide equal opportunity in employment for all qualified persons, and to prohibit discrimination in employment because of race, creed, color, sex, age or national origin. There shall be full compliance with all applicable federal and state statutes, regulations, rules and orders of appropriate federal or state agencies having jurisdiction over the subject matter of discrimination in employment.

**37.** The Union may notify the Contractor in writing of any default on the part of an employee to pay his initiation fee and membership dues, and if the employee has not paid his initiation fee and/or membership dues within seven (7) days from the receipt of written notice, the Contractor shall discharge such employee, provided membership was available under the same terms and conditions generally applicable to other members. Further, all employees who fail to maintain their Union membership as above provided shall be discharged by the Contractor.

## ARTICLE V
## PRE-JOB CONFERENCE

**38.** It is agreed that upon the request of either party, a pre job conference must be held at least five (5) days prior to commencing work with a Contractor representative in attendance who is in charge of the project. When a Contractor is awarded a contract of $500,000 or more, the Contractor will notify the Union at the time he is awarded such job. It is further agreed that the Union may request and hold a pre job conference with a Contractor on an individual Union basis wherein the following items will be discussed:

**(a)** The Contractor will advise the Local Union representative of the Contractor's requirements of necessary employees in the classifications of work under this Agreement and the Local Union will determine and advise the Contractor of the ability of the Local Union to fulfill such requirements when requested.

**(b)** Work Schedules.

**(c)** Questions of jurisdiction and assignment of work.

**(d)** The Contractor agrees that wherever possible at such pre job conference he will notify the Union having jurisdiction over the project of any subcontracts let by the Contractor, the names of the Subcontractors, and the nature of the work to be performed by the Subcontractors. The Union may request a Subcontractor to meet with the Union prior to commencing work on a project, if the Subcontractor did not attend the original pre job conference for the project.

**(e)** The question of a shelter house for Laborers shall be discussed and agreed upon.

It is understood and agreed that no agreement may be made at the pre job conference which will change, modify, or abrogate the Labor Agreement in effect between the two parties hereto.

**39.** A pre job conference form will be used at the pre conference. Copies of the signed forms furnished by the Union will be sent to the Laborers' District Council by the Union business manager and

to the Ohio Contractors Association, Labor Relations Division, and to the representative of the Contractor within five (5) days from the date of the conference.

**40.** If the Union requests in writing a Contractor to hold a pre job conference as outlined above, and the Contractor fails to hold the pre job conference, the Union may withhold its labor from the Contractor until provisions of this Article are complied with.

**41.** In consideration of the covenants herein contained the Union agrees, when requested, to provide sufficient, able and efficient employees to properly perform the various classifications of labor required in the work under this Agreement.

## ARTICLE V I
## WAGE DEDUCTIONS

**42.** **(a)** The Contractor agrees to deduct Union dues, the original initiation fee, any legal assessment, and/or deduction for any employee who voluntarily and individually authorizes the deduction in writing on forms furnished by the Union. Since this Agreement covers the jurisdiction of more than one local Union, the Union agrees that it will furnish the Contractor with a standardized authorization form which will allow deductions to be made throughout the jurisdiction of this Agreement. Such deductions will be forwarded by the Contractor to the Secretary Treasurer of the Local Union having jurisdiction where the work is being performed by employees covered by this Agreement, not later than the fifteenth (15th) day of the month following the month in which the work is performed. The Union agrees to notify the Ohio Contractors Association, Labor Relations Division, of any increase or decrease in the amount of the required deduction for each Local Union at least sixty (60) days prior to the effective date of said change.

**(b)** Contractors covered by this Agreement shall also deduct from the wages of employees who have authorized the same, District Council working dues assessment in the amount of thirty five cents ($.35) for each hour worked and shall remit the same so deducted with the Fringe Benefit contributions to the Laborers' Fringe Benefit Office, P.O. Box 790, Westerville, Ohio 43081, monthly, together with an accurate list of employees from whose wages said working dues were deducted and the amounts applicable to each employee. Such deductions shall be forwarded no later than the fifteenth (15th) day of the month following the month in which the work is performed.

**(c)** Employees may voluntarily contribute, by payroll deduction, to the Laborers' International Union of North America PAC ("LIUNA PAC") and Laborers' District Council of Ohio PAC ("LDCO PAC"). The Contractor shall deduct contributions from the wages of each employee in the amount the employee voluntarily authorizes in a written authorization form. The Contractor shall remit contributions of each employee by the 15th of the month following the month for which contributions were deducted, to:

Laborers' Fringe Benefit Office, P.O. Box 790,

Westerville, OH 43081, or other collecting agent designated by the Laborers' District Council of Ohio, together with an accurate list of employees from whose wages said contributions were deducted and the amounts applicable to each employee. If the Contractor elects to submit a separate check for contributions, then it shall issue a check for the amount of the contributions made payable to Laborers' District Council of Ohio PAC, together with the above list and amount information. The parties agree that the Contractor's expenses of administering the deductions for contributions were factored into the overall economic provisions of this Agreement.

**(d)** Any member of the Union who is working in any capacity, including superintendents, assistant superintendents, or any supervisory personnel AND who is contributing to the fringe benefit funds shall pay the Laborers' District Council dues and appropriate working dues in the geographical area in which he/she is working.

**ARTICLE VII**
**CONTRACTORS CONSTRUCTION**
**ASSOCIATION DUES**

**43.** Each Contractor bound by this Agreement shall pay for the Contractors Construction Association dues fourteen cents ($.14) per hour for each hour worked by employees of the Contractors who are working within the bargaining unit therein. Such payments by check shall be made payable to the Ohio Contractors Association. Such checks shall be transmitted with the Health and Welfare payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed. Reporting Forms for the Contractors Construction Association dues will be provided by the Ohio Contractors Association.

**(a)** Each Contractor bound by this Agreement shall pay the Ohio Construction Information Association fund for five cents ($.05) per hour for each hour worked by employees of the Contractor who are working within the bargaining unit therein. Such payments

shall be transmitted with the Health & Welfare payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed.

### Administrative Fee

**(b)** Each Contractor bound by this Agreement who is not an OCA member shall pay an administrative fee of eight cents ($0.08) per hour for each hour worked by employees of the Contractor who are working within the bargaining unit herein. Such payments shall be transmitted with the fringe payments provided herein or transmitted directly to the Ohio Contractors Association no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed.

The Union shall have no participation or control of any kind or degree whatever nor shall the Union be connected in any way whatever for the Contractors Construction Association dues.

**(c)** It is futher understood and agreed by and between the parties that the Contractors Construction Association, or its duly authorized representative shall have the right, on written notice, to audit the books and records of any party obligated under this Agreement to contribute thereto, with respect to all payment obligations due in accordance with **Article VII**.

### ARTICLE V I I I
### WAGE RATES

**44.** All employees employed under this Agreement shall be classified in accordance with **Exhibit B**, attached hereto, and no other classification of labor of any kind will be recognized. Any question relative to the classification of an employee will be settled by the Contractor and the Union representative and if they are unable to reach a mutual decision, the matter shall be referred to the Grievances and Arbitration Procedures. The Contractor may classify such employee pending the final decision of the Grievance Procedure.

**45.** Any employee may be temporarily shifted by the Contractor from one classification of work to another classification of work,

provided the employee is capable of performing the work and is paid at the rate of wage for the classification worked.

**46. Exhibit B** covering wage rates and classifications attached hereto is made a part of this Agreement.

## ARTICLE I X
## WAGE FRINGE PROGRAMS

**47.** The fringe benefit provisions contained herein shall apply to all Contractor members of the Labor Relations Division of the Ohio Contractors Association, all Contractors who become signatory or bound by this Agreement and any other Contractor or Contractor groups who become a party to an Agreement covering the fringe benefit programs set forth herein.

The Contractor and the Union recognize that they must confront many issues of mutual concern which are more susceptible to resolution through labor management cooperation than through collective bargaining. The Contractor and the Union also recognize that workers as well as business benefit from labor management cooperation. To seek resolution of these mutual concerns and to advance mutual interests through labor management cooperative efforts, the Contractor and the Union agree to participate in the labor management cooperation trust funds described herein known as the OLDC OCA Cooperation and Education Trust Fund (LECET) and the LIUNA Tri Funds which are established in accordance with Section 302(c) (9) of the Taft Hartley Act.

All Contractors bound hereby agree to be bound by the Agreement and Declarations of Trust, as amended, establishing the Pension Fund, Health and Welfare Plan, Ohio L.E.C.E.T., Training and Apprenticeship, and LIUNA Tri Funds, copies of which all parties agree have been furnished to, and read by all Contractors bound hereby prior to execution of this Agreement. It is mutually agreed that the provisions of said Agreements and Declarations of Trust and any rules, regulations or plans adopted by the Trustees pursuant thereto shall become a part of this Agreement as though fully written herein. All Contractors bound hereby irrevocably designate the Contractor Trustees of said Funds and Plan, and their successors as their representatives for the purposes set forth in said Agreements and Declaration of Trust.

25

Contractors shall pay fringe benefit contributions to the respective Funds on behalf of any employee performing work within the jurisdiction of this Agreement at the rates specified in **Exhibit B** for all hours worked.

Notwithstanding the terms of any local union negotiated agreement, a Contractor signatory to this Agreement may make the fringe benefit contributions for its "key workers" to other Laborers' trust funds approved by the Union and designated by the "key workers" as their home trust fund in accordance with procedures established by the Union or its affiliated Funds and shall not be obligated to contribute for the "key workers" to any other trust funds, provided that the trust funds so designated agree to accept the contributions and credit the "key workers" for those contributions in accordance with the trust funds' rules. The contributions shall be at the customary rates set by the home trust funds. The "key workers" for whom contributions are made in accordance with this section to their designated home trust funds shall look only to those trust funds for benefits.

It is further understood and agreed by and between the parties that duly authorized representatives of any of said Trust Funds or Plan shall have the right, on written notice, to audit the books and records of any party obligated under this Agreement to contribute thereto, with respect to the hours worked by and wages paid to all employees upon whom the Contractor is obligated to make contributions.

Reports of employees who have worked, the number of hours that they have been paid and such other data and information as may be required, and all contributions payable to the Funds or Plan shall be transmitted to the offices of the Funds or Plan no later than the fifteenth (15th) day of the month immediately following the calendar month in which the work was performed. If contributions are not received by the fifteenth (15th) day of the month, following the month in which the work was performed, the Contractor will be subjected to and agree to pay liquidated damages of ten percent (10%) plus one percent (1%) per month for each month the Contractor is delinquent to cover the additional cost and expenses of continuing administration during the period of delinquency, interest and any and all costs of collection including reasonable attorney fees.

In the event said audit is refused, reports not furnished or said contributions are not paid, as aforesaid, the following remedies, in whole or in part, and in addition to all other remedies, either in law, in equity, by contract or authorized by the aforementioned Agreements and Declarations of Trust, shall be available.

**(a)** After the Trustees or the Agent of any Fund and Plan have given the delinquent Contractor twenty four (24) hours written notice at the address shown in the records of the Funds, Plan or Union, the Union shall have the right to take such legal and lawful action as it may deem necessary until such delinquent payments are made, or said audit is permitted, such action including but not limited to the right to strike such Contractor for as long as the failure to make such contributions or audit continues, **Article XII** notwithstanding.

**(b)** In the event either the Union or the Trustees of any Fund or Plan may decide to utilize the grievance and arbitration procedure in this paragraph to collect delinquent contributions and liquidated damages, to enforce any audit, or to obtain any report, the following procedure shall apply.

**1.** Unless the issue is resolved between the Contractor and the party giving notice within five (5) calendar days after deposit of written notice of delinquency and/or demand for audit and/or report in the United States mail, to the Contractor at the address shown in the records of the Funds, Plan or Union, such party may refer the matter to an arbitrator to be named by the Labor Relations Division of the Ohio Contractors Association, and by the Laborers' District Council of Ohio of the Laborers' International Union of North America, whose decision in writing shall be final and binding on all parties. In the event such parties are unable to choose an arbitrator within ten (10) days after written request therefore, the Union or the Trustees of any Fund or Plan may request an arbitrator according to the rules and regulations of the American Arbitration Association whose decision in writing shall be final and binding on all parties. The parties to the arbitration shall each bear one half (1/2) of the total costs.

**48.** In no event shall the foregoing provisions relating to fringe benefits be subject to or suitable for grievance and arbitration under **Article XIII** of this Agreement.

Any Contractor who is party to this Agreement will be required to post cash bond to guarantee Fringe Benefit contributions, initiation fees, dues, legal assessments and/or deductions, except OCA LRD members will not be required to post bond unless said OCA LRD member has been delinquent twice in any twelve month period and has been declared delinquent by action of the Board of Trustees of a Fringe Benefit Fund.

The Laborers' District Council of Ohio may inform the OCA LRD that they consider an OCA LRD member delinquent in Fringe Benefit contributions, initiation fees, dues, legal assessments and/ or deductions and therefore subject to the bond requirement. If the OCA LRD questions that said OCA LRD member is delinquent for payment of fringes, the two parties shall meet and resolve the problems by checking payments made to the Fringe Benefit programs.

The amount of bond required for a Contractor will be determined by the number of Laborers employed and the following formula:

|  |  |  |
|---|---|---|
| 1  5 ... | Employees covered herein | $ 10,000.00 |
| 6  20 ... | Employees covered herein | $ 25,000.00 |
| 21 40.... | Employees covered herein | $ 50,000.00 |

When a Contractor who is required to post such bond, and such Contractor requires over forty (40) covered employees, said bond will be determined at the Pre Job Conference but in no event shall the amount of such bond be less than the maximum amount noted above.

The Union shall withhold services and shall engage in a strike against delinquent Contractors, or Contractors refusing to post the required bond, until arrangements are made to pay the delinquent payments and/or to provide the bond as required. Further, all Contractors who default in any of the aforementioned shall be assessed a liquidated penalty to cover the total cost of collection and legal and proper expenses resulting from said default.

## ARTICLE X
## SHIFTS, WORK WEEK, HOLIDAYS

**49.** When one shift is worked, eight (8) hours of continuous employment, except for lunch periods, shall constitute a day's work and five (5) days for forty (40) hours shall constitute a regular week's work.

**50.** When two (2) shifts are worked, eight (8) hours shall constitute a day's work for the first shift and eight (8) hours shall constitute a day's work for the second shift.

When three (3) shifts are worked, eight (8) hours shall constitute a day's work for the first shift, seven and one half (7 1/2) hours with eight (8) hours pay shall constitute the second shift, and seven (7) hours work with eight (8) hours pay shall constitute the third shift.

**51.** Forty (40) hours shall constitute a week's work. The workweek shall commence on Monday a.m. and shall end on Friday p.m. All work performed by an employee in excess of eight (8) hours in any one day, or over forty (40) hours in any one week, or on Saturday, shall be paid at the rate of one and one half (1 1/2) times the regular rate of pay.

**51(A).** A five (5) day work week Monday through Friday of eight (8) hours per day with Saturday as a voluntary make up day due to inclement weather only at straight time rate of pay may be utilized on all projects provided that it is not a violation of federal or state laws or regulations. Each Contractor shall elect same on each project and agrees that the Union shall be given notification forty eight (48) hours in advance of any change. Such change shall continue for no less than five (5) working days unless approval is granted by the Union.

In the event make up time is to be worked, not less than an eight (8) hour day shall be scheduled.

**(NOTE: The counties of Cuyahoga, Geauga and Lake are excluded from Section 51(A).)**

**51(B).** A Contractor has the option of scheduling a four (4) day, ten (10) hour week at straight time rates. A Contractor scheduling

a ten (10) hour, four (4) day week, shall notify the Local Union and employees in whose territorial area the project is located by Wednesday of the week before the change in schedule. Friday is a mandatory make up day at straight time due to weather, holidays, equipment breakdowns, owner requirements, and any other circumstances beyond employer's control. Employees reporting to work on Friday as a make up day shall be scheduled for no less than eight (8) hours.

Time and one half (1 1/2) shall be paid for all work in excess of ten (10) hours per day and for Saturday work. Employees not receiving forty (40) hours shall receive time and one half (1 1/2) after 10 hours of work per day.

Employees shall not be required to work more than five (5) hours without one half (1/2) hour meal period. When employees work over five (5) hours without being provided with a one half (1/2) hour meal period, they shall receive one half (1/2) hour pay at the overtime rate. Mealtime may be staggered to meet job requirements.

**51(C).** Where project owners establish specifications or requirements that limit the days or hours in which work may be performed, or for safety reasons, the Contractor, after advance notice to the Union, may start the workweek after 6:00 P.M. on Sunday at straight time rates. In applying the schedule, Sunday, P.M. will be considered Monday; the following Friday will be considered Saturday, (paid at time and one half) and Saturday will be considered Sunday (paid at the double time). All premium pay provisions will apply for the sixth and seventh days as to Saturday and Sunday respectively. This schedule shall be applied by the week.

**52.** When Laborers are complementing other trades on premium and/or overtime work, they shall be compensated on the same overtime and/or premium conditions as the trade they are complementing.

**53.** For all time worked on Sunday, New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day, employees shall be paid at a rate of two (2) times the regular rate of pay.

No work shall be done on Labor Day except in extreme emergencies.

If any of the holidays mentioned above fall on Sunday, they shall be observed on the Monday following. If any holidays mentioned above fall on Saturday, they are not observed except when you are working that Saturday.

**54.** An employee who reports for work, without prior notification not to report, shall be paid two (2) hours' pay for reporting. An employee who commences work and works in excess of two (2) hours, shall receive pay for the actual time worked, including an hour's pay for any portion of an hour worked. In order to be paid the two (2) hours' reporting pay, the employee must report to work at the starting time of the shift and be available for work and remain on the job site up to two (2) hours, unless released by the Contractor.

**ARTICLE X I**
**PAY DAY**

**55.** Employees shall be paid once a week on the pay day established by the Contractor. Pay checks or direct deposit slips with the following information will be given to the employees:

(1) Total hours worked
(2) Overtime hours (premium hours) (3) Gross Pay
(4) All deductions listed

The Contractor has the authority to implement direct deposit for payroll. However, accommodations will be made for the employees with no bank accounts, and no cost will be borne by those employees.

For employees receiving a "field" pay check not listing deductions, the Contractor shall mail to the employee at the end of the pay period, a statement noting the deductions and reasons thereof.

A Contractor whose pay checks are returned for reason of insufficient funds shall thereafter pay employees in cash or certified check. A check returned as a result of the bank's error shall not cause the Contractor to make cash or certified check payments.

**56.** Employees laid off or discharged for any cause, except bad weather or lack of material, shall be paid in full immediately. The Contractor shall pay eight (8) hours at the straight time rate to each laid off employee for each scheduled work day that falls between the time of layoff or discharge until such time as final payment is made to the employees.

**57.** If an employee quits on his or her own accord, he or she shall wait for his or her pay until the next regular pay day.

**58.** Employees who report for their pay check on a day when there is no work because of weather or other causes shall not be eligible for reporting pay. The employee may ask the Contractor to mail his or her check to his or her home on non work pay days and the Contractor will mail checks prior to 5:00 p.m. on pay day.

**ARTICLE X I I**
**LOCKOUTS AND STRIKES**

**59.** Should differences  of any kind arise between any Contractor and the Union  or members thereof, it is specifically  agreed that there will be no lockouts,  strikes, or stoppage  of any work  of any sort, and all grievances  and complaints  which  the parties  involved  are unable to adjust shall be disposed of in accordance with procedure set forth in **Article XIII.**

**ARTICLE X I I I**
**GRIEVANCES AND ARBITRATION**

**60.** The parties agree that all differences that arise during the life of this Agreement between any Contractor and any Union or members thereof, except as otherwise limited herein, are to be settled in accordance with the grievance and arbitration procedure set forth.

All employee or Union initiated grievances must be reported to the Local Union office as soon as possible. Grievances must be filed in writing. Members who fail to report grievances to the Business Manager within fourteen (14) days shall forfeit their grievance. The Business Manager will report the grievance to the Contractor within three (3) days after receipt. All Contractor initiated grievances must be reported to the Local Union office within fourteen (14) days after occurrence. Failure of the employee or the Contractor to meet the time limits set forth above shall cause the grievance to be deemed waived and not subject to arbitration.

**61.** In the event that differences arise during the term of this Agreement concerning its interpretation or application, a prompt effort shall be made to settle employee or Union initiated differences at the site of the dispute, first between the Contractor and the Local Union and its members involved in the dispute. In case of the Contractor initiated grievance, the effort to settle such difference shall be made between the Contractor and the Local Union Business Manager. In the case of either an employee, Union or Contractor grievance, the Contractor and the Union have three (3) days to settle the difference.

**62.** In the event that the first step of the above process does not result in settlement after the first meeting between the Local Union and the Contractor, either party may then refer the matter in writing within five (5) days to the Business Manager of the Laborers' District Council and to the representative of the Ohio Contractors Association, Labor Relations Division. They shall meet within ten (10) days after receipt of such notice to consider and resolve the dispute.

**63.** In the event that the parties named in Step 2 are unable to settle the dispute within the ten (10) days, either party may refer the matter to arbitration by written notice to the other party within ten (10) days thereafter, for final and binding decision by a single qualified arbitrator. The Union and Contractor shall have five (5) days to agree upon an arbitrator to hear and determine the dispute, failing which it shall be submitted by either party, by written request to the American Arbitration Association for the submission of a list of names of seven (7) qualified arbitrators from which list the parties will select a sole, qualified arbitrator. After receipt of such a list the parties shall within five (5) days meet to select the arbitrator, and proceeding by lot alternately strike names from the list of arbitrators until one (1) name remains. The name of the person last remaining shall be deemed acceptable to both parties and shall serve as the arbitrator to hear and decide the dispute which has been certified to arbitration. Each party shall have the right to exercise once within the five (5) day period in the case of each dispute, to reject the list submitted, in which event an immediate request will be made for another list of seven (7) arbitrators.

**64.** The arbitrator selected in the manner above indicated shall not add to, subtract from or modify any of the terms of the Agreement. He shall not change existing wage rates established in this Agreement. His authority is limited to matters of dispute, differences, disagreement or controversy arising concerning the interpretation, construction or application of the terms of this Agreement. Any decision of an arbitrator involving an award for back pay shall be limited to the amount of wages that the employee involved should properly have earned in the employ of the Contractor, less any wage received for employment accepted in place of his former employment, and unemployment compensation benefits received. The arbitrator shall decide the grievance or dispute in writing and deliver a copy to each party within thirty (30) days from the close of the arbitration hearing. The fees and expenses of the arbitrator and of any technical assistance required by the arbitrator and all costs of the hearing shall be divided equally between the parties.

## SAVINGS AND SEPARABILITY

**65.** It is mutually agreed that if any clause, term or provision of this Agreement is or is thereafter found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling or ruling of any other board or agency having jurisdiction in the matter, such clause, term or provision shall be or become inoperative and of no effect, without disturbing the other clauses, terms and provisions of this Agreement, and the remaining parts of this Agreement shall remain in full force and effect.

In the event any clause, term or provision of this Agreement is found to be illegal or in contravention of any court ruling, National Labor Relations Board ruling or ruling of any other board or agency having jurisdiction in the matter, said clause, term or provision shall be renegotiated to the mutual satisfaction of the parties; but, during such renegotiation there shall be no interruptions of work by lockouts, strikes or other labor troubles.

All personal nouns and pronouns refer to the male and female gender.

**ARTICLE X V**
**SUBCONTRACTORS**

**66.** It is agreed that all subcontractors shall be subject to the terms and provisions of this Agreement.

Any Contractor who sublets any of his work must sublet same subject to this Agreement.

The Contractor agrees to notify the Union as to the name of any subcontractors prior to the time the subcontractor commences on the job or project.

37

**ARTICLE X V I**
**DURATION**

**67.** All terms and conditions of this Agreement, as amended, shall be effective as of the first (1st) day of May, 2013, and shall remain in full force and effect until the first (1st) day of May, 2016, and shall continue to remain in full force and effect from year to year thereafter, unless either party notifies the other party in writing of its intention to amend, modify or terminate said Agreement at least sixty (60) days prior to expiration of this Agreement.

**68.** It is agreed any diversion of a scheduled wage increase to a fringe benefit program may be made, provided the Union gives written notice to the Ohio Contractors Association, Labor Relations Division at least sixty (60) days prior to the date the wage increase is to be effective.

**69.** There are areas within the scope of this Agreement for which the wages and conditions contained herein may not be appropriate due to competition or other reasons. In such cases adjustments will be made in accordance with principles agreed to by the parties during negotiations. Either party can request a meeting with the other party to be held within 15 days of notification to the other party.

**70. More Favorable Conditions.** If the Union shall furnish employees to any Contractor within the area of jurisdiction of this Agreement for construction work, as defined herein, upon any more favorable terms, conditions, or wage rates than those contained herein, the Union agrees that such more favorable terms, conditions, and wages shall automatically be extended to all Contractors signatory to this Agreement.

# ARTICLE X V I I
## GEOGRAPHICAL SCOPE

**71.** This Agreement covers the eighty eight (88) Counties of Ohio and Brooke and Hancock Counties in the State of West Virginia and Boone, Campbell and Kenton Counties in the Commonwealth of Kentucky.

The Ohio Contractors Association Labor Relations Division (OCA LRD) and the Laborers' District Council of Ohio of the Laborers' International Union of North America (the "Union"), modify their Ohio Highway Heavy Municipal Utility State Construction Agreement ("**Agreement**") effective May 1, 2013 through April 30, 2016, which incorporates all exhibits attached here to and consistent with the Reopener of Agreement dated May 1, 2006.

**IN WITNESS WHEREOF,** the parties have executed this Agreement as of the first (1st) day of May, 2013.

| Laborers' District Council of Ohio, an affiliate of the Laborers' International Union of North America | Ohio Contractors Association Labor Relations Division |
|---|---|
| | /s/ Mark Sterling, Chairman<br>Labor Executive Committee<br>Beaver Excavating |
| /s/ Ralph E. Cole<br>Chairman | /s/ Mark Potnick, OCA<br>Director, Labor Relations |
| | /s/ Andy Leffler, Chairman<br>OCA Negotiating Committee<br>Shelly & Sands, Inc |

Committee Members

/s/ Kenny Holland
/s/ Anthony Liberatore, Jr.
/s/ Robert E. Richardson
/s/Phillip Copeland
/s/Terry Joyce
/s/ Robert McCaskill

EXHIBIT C
USE OF APPRENTICES

1. The OCA LRD and the Union amend the Laborers' Training and Upgrading Fund Trust to provide for Apprenticeship training. The amended Fund is now known as the Laborers' Training and Apprenticeship Trust Fund which will establish a program for the training and utilization of registered apprentices on construction sites. The program and contributions to it shall be in compliance with the Labor Management Relations Act and the federal and state Management requirements for approved apprenticeship programs. The trust agreement provisions and the rules for eligibility and regulations created by the Trustees overseeing the Laborers' Training and Apprenticeship Committee are incorporated by reference and will be made available upon request by any con tributing Contractor.

2. The OCA LRD and the Union shall each appoint or re appoint four trustees to constitute the Board of Trustees of the Laborer's Training and Apprenticeship Trust Fund. All registered appren tices shall be under the direction and control of the committee.

3. The Contractor contribution to the amended Fund shall re main unchanged and be in the amount of contribution required for the Laborers' Training and Upgrading Fund set forth in this Agreement.

4. The ratio of apprentices to Laborers shall be no less than one competent and qualified Laborer to one apprentice for the first apprentice on the job, and four competent and qualified Laborers to one apprentice thereafter. There shall be no commingling of apprentices onto one or more specific jobsites, as the ratio must be maintained for each project.

5. Every employee of the Contractor who comes within the scope of the Agreement shall be considered a Laborer unless registered as an apprentice under the Laborers' Training and Apprenticeship fund.

6. Apprentices shall work under the supervision of competent and qualified workers on the job. Instruction in safety and safe work practices will be part of job instruction in addition to that included in related off job instruction.

57

7. Any person entering but failing to maintain and complete his or her apprenticeship, as determined by the JATC shall not be employed by the Contractor as a journeyworker under this Agreement for the duration of the remaining apprenticeship period.

8.  The amount of wages  to be paid the apprentice shall be at a percentage or graduated wage scale of the Laborer for the class of work and work location set forth in the agreement, as follows:

| Apprenticeship Hours Accumulated | Percent of Wage Scale |
|---|---|
| 0  1000 | 60 percent |
| 1001  2000 | 70 percent |
| 2001  3000 | 80 percent |
| 3001  4000 | 90 percent |

The above  percentages  are calculated  on the base wage  rate only. The apprentice shall receive full payment on his or her behalf into the fringe  benefit programs at the rate called  for in the Agree   ment. In no instance shall the starting rate be less than the hourly minimum of the Fair Labor  Standards Act.

9.  The Ohio  Laborers' Training and Apprenticeship Trust Fund shall formulate rules and regulations necessary to administer the apprenticeship program to govern eligibility, registration, and education to meet the needs and requirements of the program and in compliance  with federal and state apprentice guidelines.  The purpose of the program is to supply apprentices to Contractors signatory  to  the Agreement  and  the program will require Ap  prentices trained under the program to continue in the employ of signatory contractors during and after completion  of the program. Any registered apprentice who goes to work for a non signatory Contractor shall no longer be eligible for the program and shall repay to the Ohio Laborers' Training and Apprenticeship Fund the cost of any schooling or training in an amount established by the Fund. The cost of training shall be repaid to the Fund if the individual who completes apprentice training goes to work for a non signatory Contractor within the number of years following completion of the training as established by the Ohio Laborers' Training and Apprenticeship Trust Fund.

10. A signatory Contractor to this Agreement may refer applicants to the Ohio Laborers' Training and ApprenticeshipTrust Fund for proposed inclusion in the apprentice program provided it has no registered apprentice on layoff. Unless and until accepted, the referred applicant shall not be eligible for an apprentice rate.

11. A signatory Contractor may request the local union having jurisdiction over the work area covered by the specific project for apprentice referrals who, if referred, will serve as the employee hired through the local union.

12. For each employee whose Local Union has established or participates in a local joint apprenticeship fund, the Contractor, upon written notification from the Local Union, shall divert five cents ($.05) per hour for each hour worked from each employee's wages and transmit said monies to the local joint apprenticeship committee. Contributions shall be due and owing on the 15th of the month following the month for which contributions are made. Upon written notice to the Contractor, the local joint apprenticeship fund, or its agent, shall be authorized to conduct a payroll audit to determine compliance with the provision.

59



**Mark Potnick, Director**

Labor Relations Division
Ohio Contractors Association

P.O. Box 909
1313 Dublin Road
Columbus, Ohio 43216-0909

Phone:          (614) 488-0724
Fax:            (614) 488-0728
Toll Free:      (800) 229-1388

# IBEW FOURTH DISTRICT REGIONAL AGREEMENT





# 4th District Northern Ohio Regional Agreement

## Table of Contents

AGREEMENT PARTNERS ................................................................................................ 1

SCOPE OF WORK ........................................................................................................... 1

GEOGRAPHIC JURISDICTION ...................................................................................... 1

    COUNTIES BY STATE ................................................................................................ 2

    COUNTIES BY LOCAL UNION ................................................................................. 2

EFFECTIVE DATES ........................................................................................................ 4

GRIEVANCES, DISPUTES, INTERPRETATIONS AND CHANGES .............................. 4

    GRIEVANCE PROCEDURE ....................................................................................... 5

MANAGEMENT RIGHTS ............................................................................................... 5

HOURS/WAGES/WORKING CONDITIONS ................................................................... 6

SURETY BOND .............................................................................................................. 6

REFERRAL ..................................................................................................................... 7

    RE-REGISTRATION .................................................................................................. 9

    EXCEPTIONS ............................................................................................................ 9

        SKILLS ................................................................................................................. 9

        WORKER RECALL ............................................................................................. 10

        FOREMAN CALL BY NAME .............................................................................. 10

        OSHA……………………………………………………………………………10

    APPEALS COMMITTEE ........................................................................................... 11

    REPEATED DISCHARGE ......................................................................................... 11

WAGES AND FRINGE BENEFITS ................................................................................ 12

    UNION DUES DEDUCTION ..................................................................................... 12

    NATIONAL ELECTRICAL BENEFIT FUND (NEBF) ................................................ 12

    NATIONAL ELECTRICAL ANNUITY PLAN (NEAP): .............................................. 13

    NECA/IBEW FAMILY MEDICAL CARE PLAN ....................................................... 14

REGIONAL AGREEMENT COLLECTION AGENT.........................................................................14

CREW MIX AND RATIOS .................................................................................................................14

CODE OF EXCELLENCE...................................................................................................................15

SAFETY ...............................................................................................................................................15

TRAINING ...........................................................................................................................................15

ADVANCEMENT AND TRAINING ............................................................................................16

JOB REPORTING REQUIREMENTS.................................................................................................17

PORTABILITY OF MANPOWER......................................................................................................17

SEPARABILITY CLAUSE ..................................................................................................................17

ATTACHMENT "A" WAGES .............................................................................................................18

BASE WAGES ..............................................................................................................................18

FRINGE BENEFITS AND RELATED FUNDS ...........................................................................19

WAGE RATE CALCULATIONS SHEET ....................................................................................20

PORTABILITY OF MANPOWER MEMORANDUM OF UNDERSTANDING ..............................21

JOB START FORM ..............................................................................................................................22

IBEW Signature Page ..........................................................................................................................23

NECA Chapter / Company Signature Page ..........................................................................................24

## AGREEMENT PARTNERS

IBEW Local Unions 8, 38, 64, 129, 246, 306, 540, 573, 673 and the Greater Cleveland Chapter of NECA, the North Central Ohio Chapter of NECA, the Ohio/Michigan Chapter of NECA, the Mahoning Valley Chapter of NECA enter this agreement in the interest of growing Market Share in the Ohio, Michigan and West Virginia counties listed herein. All provisions of the Inside Collective Bargaining Agreement shall apply unless modified herein.

## SCOPE OF WORK

This Agreement shall apply to the following:

- Small medical clinics, stand-alone doctor and dentist offices with up to 600 amp services (not attached to a hospital)
- Gas stations/convenience stores
- Fast food restaurants and franchised chain restaurants including independent bars and taverns.
- Places of Worship
- Funeral Homes
- Nursing homes, assisted living facilities, and daycare facilities under 15,000 sq. ft.
- Small office, retail/wholesale facilities under 15,000 sq. ft. with less than 10 units attached
- Storage Units, Car Washes
- Express Hotels and Motels (4 stories or less) Example: Holiday Inn Express, Hampton Inn, Hotel 6, Red Roof Inn, etc. (Clarification by the site local union)
- Residential Units (subject To Davis Bacon Rates)
- Small stand-alone Manufacturing Facilities when free standing and not part of a larger facility (less than 15,000 sq. ft.)
- Solar projects (500 panels or less) unless otherwise covered under the agreement
- Lighting Retrofits (when not associated with remodels involving branch re-circuiting) Lighting Retrofits shall be defined as the changing of lamps and ballasts in existing light fixtures and shall also include the one for one replacement of existing fixtures

This agreement shall not apply to jobs being worked under Local Agreements, National Agreements or PLA's.

## GEOGRAPHIC JURISDICTION

The geographic jurisdiction of this agreement shall be all work covered by the scope contained in this agreement in the following counties of the Local Unions and counties listed herein.

# 4th District Northern Ohio Regional Agreement

## COUNTIES BY STATE

| Ohio Counties | | | | | |
|---|---|---|---|---|---|
| Ashtabula | Carroll | Carroll | Columbiana | Cuyahoga | Defiance |
| Erie | Fulton | Geauga | Hancock | Harrison | Henry |
| Holmes | Huron | Jefferson | Lake | Lorain | Lucas |
| Mahoning | Medina | Ottowa | Paulding | Portage | Putnam |
| Sandusky | Seneca | Stark | Summit | Trumbull | Tuscarawas |
| Wayne | Williams | Wood | | | |
| | | | | | |
| **West Virginia Counties** | | | | | |
| Brooke | Hancock | | | | |
| | | | | | |
| **Michigan Counties** | | | | | |
| Hillsdale | Lenawee | Monroe | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# 4th District Northern Ohio Regional Agreement

## COUNTIES BY LOCAL UNION

| Local Union 8 | | | | | |
|---|---|---|---|---|---|
| | **Ohio Counties** | | | | |
| Defiance | Fulton | Hancock | Henry | Lucas | Ottowa |
| Paulding | Putnam | Sandusky | Seneca | Williams | Wood |
| | | | | | |
| | **Michigan** | | | | |
| Hillsdale | Lenawee | Monroe | | | |
| | | | | | |
| **Local Union 38** | | | | | |
| | **Ohio** | | | | |
| Cuyahoga | Geauga | Lorain | | | |
| | | | | | |
| **Local Union 64** | | | | | |
| | **Ohio** | | | | |
| Columbiana | Mahoning | Trumbull | | | |
| | | | | | |
| **Local Union 129** | | | | | |
| | **Ohio** | | | | |
| Erie | Medina | Huron | Lorain | | |
| | | | | | |

| Local Union 246 | | | | | |
|---|---|---|---|---|---|
| **Ohio** | | | | | |
| Carroll | Columbiana | Harrison | Jefferson | | |
| **West Virginia** | | | | | |
| Brooke | Hancock | | | | |
| | | | | | |
| Local Union 306 | | | | | |
| **Ohio** | | | | | |
| Medina | Portage | Summit | Wayne | | |
| | | | | | |
| Local Union 540 | | | | | |
| **Ohio** | | | | | |
| Carroll | Columbiana | Holmes | Mahoning | Stark | Tuscarawas |
| Wayne | | | | | |
| | | | | | |
| Local Union 573 | | | | | |
| **Ohio** | | | | | |
| Ashtabula | Geauga | Mahoning | Portage | Trumbull | |
| | | | | | |
| Local Union 673 | | | | | |
| **Ohio** | | | | | |
| Ashtabula | Geauga | Lake | | | |

## EFFECTIVE DATES

This Agreement shall take effect January 1, 2015, and shall remain in effect until December 31, 2017 unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from January through December of each year, unless changed or terminated in the way later provided herein.

## GRIEVANCES, DISPUTES, INTERPRETATIONS AND CHANGES

Either party or an Employer withdrawing representation from the Chapter or not represented by the Chapter, desiring to change or terminate this Agreement must provide written notification at least 90 days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.

Whenever notice is given for changes, the nature of the changes desired must be specified in the notice, or no later than the first negotiating meeting unless mutually agreed otherwise.

The existing provisions of the Agreement, including this Article, shall remain in full force and effect until a conclusion is reached in the matter of proposed changes.

Notice of a desire to terminate this Agreement shall be handled in the same manner as a proposed change.

There shall be a Labor Management Committee established and shall be named the Northern Ohio Labor Management Committee which shall consist of up to three (3) representing the Unions and up to three (3) representing the Chapters or employers signatory to this Agreement. It shall select its own Chairman and Secretary. The IBEW Fourth District IVP shall select the Union representatives and the Eastern Regional Director of NECA or employer shall select the Management Representatives.

Grievances, disputes, interpretations and proposed changes under this Agreement will be referred to the Regional Labor Management Committee for handling and resolution.

In the absence of a deadlock, the Northern Ohio Labor Management Committee decision shall be final and binding. The IBEW 4th District Vice President and the NECA Eastern Regional Director must approve all changes, modifications and interpretations of this agreement prior to implementation. Should the Labor-Management Committee fail to agree or to adjust any matter, such shall then be referred to the Executive Regional Director for NECA Eastern Region and the

IBEW Fourth District Vice-President for final and binding resolution. The Northern Ohio Labor Management Committee shall meet semi-annually to review the progress of this agreement. The Committee shall send a written report and update of the progress of this agreement to the Eastern Regional Director of NECA and the IBEW Fourth District Vice-President.

## GRIEVANCE PROCEDURE

The grievance procedure is as follows:

All grievances shall be filed within ten (10) calendar days after the complained of event arose or the parties to this agreement reasonably became aware of the event. Settlement of grievances may be arrived at in any step of the grievance procedure which will be binding on the Union and the Employer.

Grievances, on any work covered by this agreement shall be handled in the following manner:

Step 1:     The local parties shall reduce the grievance to writing.

Step 2:     If the parties are unable to effect an amicable settlement or adjustment of any grievance or controversy within 10 business days, it shall be submitted to the Northern Ohio Labor Management Committee for a final and binding decision to become effective immediately. The Northern Ohio Labor Management Committee shall meet within 10 calendar days to hear the grievance.

Step 3:     Failure of the Northern Ohio Labor Management Committee to reach a decision shall constitute a basis for a submittal of the issue or question to the IBEW 4th District Vice President and the Eastern Regional Director of NECA for immediate final and binding resolution.

The time period set forth herein can be extended by mutual agreement of the parties in writing.

## MANAGEMENT RIGHTS

The Unions understand the Employer is responsible for performing the work as required by the owner. The Employer shall, therefore, have no restrictions except those specifically provided for in the Collective Bargaining Agreement of the site local union and this agreement, in planning, directing and controlling the operation of all his work, in deciding the number and kind of employees to properly perform the work, in hiring and laying off employees, in transferring

employees from job to job within the geographical jurisdictions contained in this agreement, in determining the need and number as well as the person who will act as Foreman, in requiring all employees to observe the employer's and/or owner's rules and regulations not inconsistent with this agreement, in requiring all employees to observe all safety regulations, and in discharging employees for proper cause. The terms of this agreement shall prevail in areas of conflict between the Inside Collective Bargaining Agreement of the site Local Union and this agreement.

## HOURS/WAGES/WORKING CONDITIONS

The employer has the right to establish flexible work schedules for the performance of electrical work to satisfy owner and/or customer requirements. No overtime shall be paid until (40) hours in the workweek or (10) hours in the workday have been worked. The overtime rate shall be paid at time and one-half (1½) the regular straight-time rate. Sundays and Holidays shall be paid at the overtime rate per the site Local Union's Inside Construction Agreement. It is not the intent of this section to lock-out an individual employee from a scheduled 40 hour job for the avoidance of overtime. There are no shift premiums required for work performed under the terms of this agreement.

## SURETY BOND

Each Employer shall furnish a surety bond, or cash equivalent line of credit, in the amount of $1,000.00 per CE and CW until a maximum of $12,000.00, to secure payment of all amounts due on account of payroll and fund deduction, contribution, and reporting obligations of the Employer required by this Agreement. The bond shall provide that it may not be terminated without 15 days prior written notice to the Northern LMC, Inc.

The Northern LMC, Inc. shall have full power to determine the amount of money due, if any, and shall direct payments of delinquent wages from the Bond directly to the affected employees and direct payments of delinquent fund contributions from the Bond directly to the Trustees of the affected funds or to their designated agents.

An employer who wishes to perform work under the terms of multiple 4th District Recovery Agreements may bond at the rate of $20,000.00 at their home region. The bond may be written to cover all regions. By doing so, the employer may perform work in all 4 regions.

**REFERRAL**

CONSTRUCTION ELECTRICIAN REFERRAL PROCEDURE

1.    In the interest of maintaining an efficient system of production in the Industry, providing for an orderly procedure of referral of applicants for employment, preserving the legitimate interests of employees in their employment status within the area and of eliminating discrimination in employment because of membership or non-membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

2.    The Site Local Union shall be the sole and exclusive source of referral of applicants for employment.

3.    The Employer shall have the right to reject any applicant for employment.

4.    The Site Local Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, bylaws, constitutional provisions or any other aspect or obligation of Union membership policies or requirements.    All such selection and referral shall be in accord with the following procedure.

5.    The Local Unions shall maintain a register of applicants for employment established on the basis of the Groups listed below.  Each applicant for employment shall be registered in the highest priority Group for which he qualifies.

CONSTRUCTION ELECTRICIAN

GROUP I.    All applicants for employment who have 8,000 hours experience in the trade, are residents of the Site Local Union's geographical area, as described herein, constituting the normal construction labor market, have been certified as a Construction Electrician by a duly constituted Inside Construction Local Union of the I.B.E.W. or have been certified as a Construction Electrician by any Inside Joint Apprenticeship and Training Committee, and, who have been employed in the trade for a period of at least six months in the last four years in the Site Local Union's geographical area covered by the normal construction market as defined in the Inside Collective Bargaining Agreement of the referring Local Union.

Group I status shall be limited to one Local Union at one time.  An applicant who qualifies for Group I in a local union shall be so registered electronically and remain on Group I in that local union unless and until the applicant designates another local union as his or her Group I local union.  If an applicant qualifies for Group I status in a local union other than his or her home local union and designates that local as his or her Group I local union, the business manager of the new Group I status local union shall by electronic means notify the business manager of the applicant's former Group I status local union.

GROUP II    All applicants for employment who have 8,000 hours experience in the trade and who have been certified as a Construction Electrician by a duly constituted Inside Construction Local Union of the I.B.E.W. or have been certified as a Construction Electrician by any Inside Joint Apprenticeship and Training Committee.

GROUP III    All other applicants for employment.

6.    If the registration list is exhausted and the Site Local Union is unable to refer applicants for employment to the Employer within 48 hours from the time of receiving the Employer's request, Saturdays, Sundays and holidays excepted, the Employer shall be free to secure applicants without using the Referral Procedure but such applicants, if hired, shall have the status of "temporary employees".

7.    The employer will promptly notify the Business Manager of the names, recommended classifications and social security numbers of such "temporary employee" and send the "temporary employee" to the Site Local Union for processing.  The Local Union will then immediately refer those employees back to the recruiting employer with the appropriate classification.  Any questions or disputes regarding this clause shall be referred to the Northern Ohio Labor Management Committee.

8.    "Resident" means a person who has maintained his permanent home in the above defined geographical area of the Site Local Union for a period of not less than one year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

9.    The Union shall maintain an Available for Work List, which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

## RE-REGISTRATION

10.   An applicant who has registered on the Available for Work must renew his application every 30 days or his name will be removed from the List.

11.   An applicant who is hired and who receives, through no fault of his own, work of forty hours or less shall, upon re-registration, be restored to his appropriate place within his Group.

12.   Employers shall advise the Business Manager of the Site Local Union of the number of applicants needed.  The Business Manager shall refer applicants to the Employer by first referring applicants in Group I in the order of their place on the Available for Work List and then referring applicants in the same manner successively from the Available for Work List in Group II, and then Group III.  Any applicant who is rejected by the Employer shall be returned to his appropriate place within his Group and shall be referred to other employment in accordance with the position of his Group and his place within his Group.

## EXCEPTIONS

13.   The only exceptions which shall be allowed in this order of referral are as follows:

## SKILLS

a)    When the Employer states bona fide requirements for skills and abilities in his request for applicants, the Business Manager shall refer the first applicant on the register possessing such skills and abilities.

## WORKER RECALL

b)  An employer shall have the right to recall for employment any former Construction Electrician employee that the employer has laid off, provided that:

1) The former employee is in the highest level Group on the referral list contained in this agreement containing applicants available for work, regardless of the individual's position on the list;

2) The recall is made within 90 days from the time of layoff;

3) The former employee has not quit his most recent employer under this agreement within the two weeks prior to the recall request;

## FOREMAN CALL BY NAME

c)  On projects covered by this agreement, the employer shall have the right to call a Foreman by name under the IBEW standard inside referral procedure or the referral procedure contained within this agreement provided:

1) The employee has not quit his previous employer that is signatory to this agreement within the previous two weeks.

2) The employer shall notify the business manager in writing of the name of the individual who is to be requested for employment as a Foreman.  Upon such request, the business manager shall refer said Foreman provided the name appears on the highest-priority group.

3) When an applicant for employment is called as a Foreman, he must remain as a Foreman for one hundred & sixty (160) hours and may only work on jobs covered by the scope of this recovery agreement.

## OSHA

d)  All new applicants referred after December 1, 2012 must complete an OSHA 10 course before the first month of employment and must complete an OSHA 30 course within a year of employment, or provide proof of completing the OSHA course.

**APPEALS COMMITTEE**

14.  An Appeals Committee is hereby established composed of one member appointed by the Union, one member appointed by the Employer or the Association, as the case may be, and a Public Member appointed by both these members.

15.  It shall be the function of the Appeals Committee to consider any complaint of any employee or applicant for employment arising out of the administration by the Local Union of Sections 4 through 13 of the Agreement.  The Appeals Committee shall have the power to make a final and binding decision on any such complaint which shall be complied with by the Local Union.  The Appeals Committee is authorized to issue procedural rules for the conduct of its business but it is not authorized to add to, subtract from, or modify any of the provisions of this Agreement and its decisions shall be in accord with this Agreement.

16.  A representative of the Employer or of the Association, as the case may be, designated to the Union in writing, shall be permitted to inspect the Referral Procedure records at any time during normal business hours.

**REPEATED DISCHARGE**

17.  An applicant who is discharged for cause two times within a 12-month period shall be referred to the neutral member of the Appeals Committee for a determination as to the applicant's continued eligibility for referral.  The neutral member of the Appeals Committee shall, within three business days, review the qualifications of the applicant and the reasons for the discharges.

18.  The neutral member of the Appeals Committee may, in his or her sole discretion:

   1)  require the applicant to obtain further training from the JATC before again being eligible for referral;

   2)  disqualify the applicant for referral for a period of four weeks, or longer, depending on the seriousness of the conduct and/or repetitive nature of the conduct;

   3)  refer the applicant to an employee assistance program, if available, for evaluation and recommended action; or

   4)  restore the applicant to his/her appropriate place on the referral list.

19.     A copy of the Referral Procedure set forth in this Agreement shall be posted on the Bulletin Board in the offices of the Local Union and in the offices of the Employers who are parties to this Agreement.

In the event there is a shortage of qualified applicants, the employers and the Local Union agree to participate in Job Fairs and Industry Nights to address the issue.

## WAGES AND FRINGE BENEFITS

The minimum hourly rate of Wages and Benefits shall be as per attachment "A".

Wages at the established rates specified herein shall be paid weekly in the shop or on the job at or before quitting time on any day Monday through Friday of each week, and no more than five (5) calendar days pay will be withheld.  Alternative payroll procedures, i.e., electronic and/or automatic deposit may be utilized by the Employer.  Employees laid off through no fault of their own shall be paid in full ½ hour prior to quitting time or if the employee is signed up for electronic transfer the money shall be transferred to his or her account within 24 hours.  Employees who were discharged or voluntarily quit shall be paid their wages per the Site Local Union's agreement. Assessments or Penalties for late pay or non-payment of wages shall be as per the Site Local Inside Collective Bargaining Agreement.  Holidays and vacations shall comply with the terms of the Site Local Inside Collective Bargaining Agreement.

## UNION DUES DEDUCTION

The Employer agrees to deduct and forward to the Financial Secretary of the Local Union upon receipt of a voluntary written authorization, the working dues from the pay of each IBEW member.  The amount to be deducted shall be the amount specified in the approved Local Union Bylaws.  The Local Union, upon request by the Employer, shall certify such amount to the Employer.

## NATIONAL ELECTRICAL BENEFIT FUND (NEBF)

It is agreed that in accord with the Employees Benefit Agreement of the National Electrical Benefit Fund ("NEBF"), as entered into between the National Electrical Contractors Association and the International Brotherhood of Electrical Workers on September 3, 1946, as amended, and now delineated as the Restated Employees Benefit Agreement and Trust, that unless authorized

otherwise by the NEBF the individual Employer will forward monthly to the NEBF's designated local collection agent an amount equal to 3% of the gross monthly labor payroll paid to, or accrued by, the employees in this bargaining unit, and a completed payroll report prescribed by the NEBF. The payment shall be made by check or draft and shall constitute a debt due and owing to the NEBF on the last day of each calendar month, which may be recovered by suit initiated by the NEBF or its assignee. The payment and the payroll report shall be mailed to reach the office of the appropriate local collection agent not later than fifteen (15) calendar days following the end of each calendar month.

The individual Employer hereby accepts, and agrees to be bound by, the Restated Employees Benefit Agreement and Trust.

An individual Employer who fails to remit as provided above shall be additionally subject to having his agreement terminated upon seventy-two (72) hours' notice in writing being served by the Union, provided the individual Employer fails to show satisfactory proof that the required payments have been paid to the appropriate local collection agent.

The failure of an individual Employer to comply with the applicable provisions of the Restated Employees Benefit Agreement and Trust shall also constitute a breach of this Agreement.


## NATIONAL ELECTRICAL ANNUITY PLAN (NEAP):

It is agreed that in accord with the IBEW–District Ten–NECA Individual Equity Retirement Plan Agreement entered into between the National Electrical Contractors Association, Inc., and the International Brotherhood of Electrical Workers on December 11, 1973, as amended, and now delineated as the National Electrical Annuity Plan Agreement and Trust, that unless authorized otherwise by the National Electrical Annuity Plan (NEAP), the individual employer will forward monthly to NEAP's designated collection agent the amount set forth in Attachment "A" (the contribution obligation) together with a completed payroll report prescribed by the NEAP. The payment shall be made by check or draft and shall constitute a debt due and owing to NEAP on the last day of each calendar month, which may be recovered by suit initiated by NEAP or its assignee. The payment and the payroll report shall be mailed to reach NEAP not later than 15 calendar days following the end of each calendar month.

The individual Employer hereby accepts, and agrees to be bound by, the National Electrical Annuity Plan Agreement and Trust.

An individual Employer who fails to remit as provided above shall be additionally subject to having his agreement terminated upon 72 hours' notice in writing being served by the Union, provided the individual employer fails to show satisfactory proof that the required payments have been paid to the appropriate collection agent.

The failure of an individual employer to comply with the applicable provisions of the National Electrical Annuity Plan Agreement and Trust shall also constitute a breach of his labor agreement.

## NECA/IBEW FAMILY MEDICAL CARE PLAN

The individual Employer shall contribute and forward monthly to the IBEW Family Medical Care Trust Fund an amount as the amount set forth in Appendix "A" which he is obligated to pay to the employees in this bargaining unit, and a completed payroll report prescribed by the Northern LMC, Inc. The payment and payroll report shall be mailed to reach the Trustees or their designated agent not later than 15 calendar days following the end of each calendar month. The individual Employer hereby accepts, and agrees to be bound by, the NECA/BEW Family Medical Care Trust Fund Agreement and Trust.

## RECOVERY AGREEMENT COLLECTION AGENT

The parties agree to the establishment of the Northern LMC, Inc. for the purpose of increasing portability of the Construction Wireman and Construction Electrician workforce. The Northern Ohio Labor Management Committee shall establish the Northern LMC, Inc. contributions to all Funds and entities listed on Attachment "A" are subject to the provisions of the Northern Ohio Recovery Agreement and its Collection Agent's operating agreement. The terms of the operating agreement of the Collection Agent are incorporated by reference herein.

## CREW MIX AND RATIOS

On all jobs covered by this Agreement, the crew mix can be supplemented by the employer with construction wiremen, construction electricians, apprentices, or as allowed in the Management

Rights clause of this Agreement. There shall be a minimum ratio of one Inside Journeyman Wireman to every four (4) employees of different classification per jobsite. An Inside Journeyman Wireman is required on the project as the fifth (5th) worker or when apprentices are used. On projects utilizing Inside Journeyman Wiremen, apprentices or portability of these classifications, an employer must sign the Inside Collective Bargaining Agreement of the site Local Union.

## CODE OF EXCELLENCE

The parties to this Agreement recognize that to meet the needs of our customers, both employer and employee must meet the highest levels of performance, professionalism, and productivity. The Code of Excellence has proven to be a vital element in meeting the customers' expectations. Therefore, each IBEW local union and NECA chapter shall implement a Code of Excellence Program. The program shall include minimum standards as designed by the IBEW and NECA.

## SAFETY

It is the Employer's exclusive responsibility to insure the safety of its employees and their compliance with these safety rules and standards. It is encouraged by all parties to this agreement for all employers to develop safe work rules that are equal to or greater than the Standards of Construction as established by the Occupational Safety and Health Act of 1970, or other applicable federal or state laws. Such rules and the other safety rules provided in this Article, are minimum rules and not intended to imply that the Union objects to the establishment and imposition by the Employers of additional or more stringent safety rules to protect the health and safety of the employees. The Employer shall furnish all safety equipment.

## TRAINING

The JATC from the home local union shall be responsible for all training of Construction Wireman Levels and Inside Wiremen upgrade training for Construction Electricians. Successful organizing in the area covered by this agreement, or in any IBEW Local Union, requires the full cooperation of all the JATC Committee Members, Directors, and Instructors. The Business Manager or Local Union Organizer is to be on the Apprenticeship Committee to insure there is full cooperation.

# ADVANCEMENT AND TRAINING

| Levels | Total Documented Experience (Includes Both Previous & Program Accumulated) | Advancement<br><br>Requirements for Movement to Next Level |
|---|---|---|
| CW-1 | 0 – 2,000 Hours | 2,000 Hours of Documented Experience |
| CW-2 | 2,001 – 4,000 Hours | 4,000 Hours of Documented Experience |
| CW-3 | 4,001 – 6,000 Hours | 6,000 Hours of Documented Experience |
| CW-4 | 6,001 – 8,000 Hours | 8,000 Hours of Documented Experience |
| CE-1* | 8,001 – 10,000 Hours | 10,000 Hours of Documented Experience |
| CE-2* | 10,001 – 12,000 Hours | 12,000 Hours of Documented Experience |
| CE-3* | 12,001 – 14,000 Hours | 14,000 Hours of Documented Experience<br>Must Pass Craft Certification Test Parts 1, 2, 3, 4, 5 & 6 (Class Offered if Test Failed or Requested) |
| JIW | 14,001 | No one will be advanced from Construction Electrician Classification to Journeyman Inside Wireman without:<br>1) Having a minimum of 14,000 of documented electrical construction work experience;<br>2) Having successfully taken the written and practical examinations of each levels of the levels of the NJATC Craft Certification Program; |

* Must pass a practical hands-on exam mutual agreed to by the parties of this agreement.

Any CW/CE may request all or part of the Craft Certification Test at any time.

## JOB REPORTING REQUIREMENTS

The employer shall notify the site local union by fax or e-mail within 24 hours of starting a job, the job name and address, approximate duration and estimated manpower and man-hours at peak. Job Start form attachment "D".

## PORTABILITY OF MANPOWER

Portability of manpower for all work performed under the terms of this agreement shall be in accordance with the Portability of Manpower Memorandum of Understanding between IBEW Local Unions contained in attachment "C".

## SEPARABILITY CLAUSE

Should any provision of this Agreement be declared illegal by any court of competent jurisdiction, such provision shall immediately become null and void, leaving the remainder of the Agreement in full force and effect and the parties shall, thereupon, seek to negotiate substitute provisions which are in conformity with the applicable law.

## ATTACHMENT "A" WAGES

### BASE WAGES

The minimum hourly rate of Wages and Benefits shall be as follows:

Inside Journeymen Wireman  --------------------- First Shift Site Local Inside CBA Rate*

Foreman ------------------------------------------- First Shift Site Local Inside CBA Rate*

Apprentice ---------------------------------------- First Shift Site Local Inside CBA Rate*

Construction Electrician

   *A percentage of the average taxable base wage pay of Journeyman Wireman rates contained in the Inside Collective Bargaining Agreements of the Local Unions signatory to this agreement.  To be calculated December 1st and become effective January 1st each year of this agreement.*

Construction Wireman

   *A percentage of the average taxable base wage pay of Journeyman Wireman rates contained in the Inside Collective Bargaining Agreements of the Local Unions signatory to this agreement.  To be calculated December 1st and become effective January 1st each year of this agreement.*

   *See Attachment "B"*

## ATTACHMENT "A"

### FRINGE BENEFITS AND RELATED FUNDS

NECA/IBEW Family Medical Care Plan ........................$5.01 Per Hour Worked*

NEBF ................................................................................. 3% of Gross Payroll

NEAP ................................................................................. 3% of Gross Payroll

NEIF ...........................................See Attachment "B" (NECA Contractors Only)

Site JATC Fund .......................................See Attachment "B", Per Hour Worked

LLMCC &NLMCC Fund ...........................See Attachment "B", Per Hour Worked

Site NECA Administrative Fund          See Attachment "B", Per Hour Worked

Collection Agent Fee ..............................See Attachment "B", Per Hour Worked


* Subject to Change by the Plan Board of Trustees

**Northern Ohio Regional Agreement**
**Wage Calculation Sheet Effective 1/1/2015 Through 12/31/2015**
**Attachment "B"**

### This Section for Wage Calculations Only 4th District NORA Agreement

| Local Union: | 8 | 38 | 64 | 129 | 246 | 306 | 540 | 573 | 673 | | | Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Journeyman Wireman Base Pay: | $37.12 | $36.78 | $31.02 | $31.45 | $37.06 | $33.54 | $31.61 | $30.26 | $33.04 | | | $33.54 |
| JATC Contribution | $0.97 | $0.42 | $0.50 | $0.57 | $1.02 | $0.67 | $0.89 | $1.00 | $0.60 | | | $0.74 |
| NLMCC & LLMCC Contribution | $0.44 | $0.11 | $0.28 | $0.07 | $0.10 | $0.25 | $0.05 | $0.28 | $0.04 | | | $0.18 |
| NECA Administrative | $0.15 | $0.18 | $0.15 | $0.16 | $0.10 | $0.23 | $0.22 | $0.15 | $0.17 | | | $0.17 |
| NECA Service* | $0.15 | $0.11 | $0.06 | $0.09 | $0.24 | $0.10 | $0.09 | $0.06 | $0.10 | | | $0.11 |

### This Section for Payroll and Fringe Benefit Reporting 1-1-2015 Through 12/31/2015

| | | | Hourly Rate | NEBF | H&W | NEAP | JATC | NLMCC & LLMCC | NECA Admin. | Central Collection | NECA s/c* | Total Package |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3.0% | | 3.0% | | | | | | |
| CW-1 | 0 – 2,000 Hours | 35% | $11.74 | $0.35 | $5.01 | $0.35 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $18.75 |
| CW-2 | 2,001 – 4,000 Hours | 35% | $11.74 | $0.35 | $5.01 | $0.35 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $18.75 |
| CW-3 | 4,001 – 6,000 Hours | 40% | $13.42 | $0.40 | $5.01 | $0.40 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $20.53 |
| CW-4 | 6,001 – 8,000 Hours | 45% | $15.09 | $0.45 | $5.01 | $0.45 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $22.30 |
| CE-1 | 8,001 – 10,000 Hours | 50% | $16.77 | $0.50 | $5.01 | $0.50 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $24.08 |
| CE-2 | 10,001 – 12,000 Hours | 55% | $18.45 | $0.55 | $5.01 | $0.55 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $25.86 |
| CE-3 | 12,001 – 14,000 Hours | 70% | $23.48 | $0.70 | $5.01 | $0.70 | $0.74 | $0.18 | $0.17 | $0.10 | $0.11 | $31.19 |

* Paid by NECA Members Only

**ATTACHMENT "C"**

**PORTABILITY OF MANPOWER MEMORANDUM OF UNDERSTANDING**

**BETWEEN IBEW LOCAL UNIONS**

Any Local Union signatory to this Memorandum of Understanding for the Portability of Manpower agrees to the following:

1. Any Employer signatory to an IBEW Inside Collective Bargaining Agreement with the site Local Union and signatory to the 4th District Northern Ohio Regional Agreement will be entitled to unlimited Portability of Manpower throughout the geographic jurisdiction covered by the Local Unions signatory to 4th District Northern Ohio Regional Agreement and this Memorandum provided the work being performed is contained in the scope of 4th District Northern Ohio Regional Agreement.

2. Any Employer successfully biding a job while a Local Union is signatory to this Memorandum will be afforded all rights contained in paragraph 1 until the job is completed.

3. The employer shall notify the site local union by fax or e-mail within 24 hours of starting a job. The notification shall include the job address, approximate duration, estimated manpower at peak, names of employees, classification, and social security number of all employees working under portability.

# ATTACHMENT "D"

# JOB START FORM

**This form is to be emailed or faxed to the Site Local Union, the Site NECA Chapter and the IBEW Fourth District Office within 24 hours of starting a project for the job to be covered by this addendum.**

## Electronic and Paper Forms Available

## Contact

## IBEW Fourth District Office

**5100 Buckeystown Pike**
**Suite #255**
**Frederick, MD 21704**
**Telephone: (301) 378-7014**
**Fax: (301) 378-7024**
**Email: IVPD_04@IBEW.org**

**- or -**

## NECA, Eastern Region Office

**36 South County Commons Way**
**Unit C7**
**South Kingstown, RI 02879**
**Telephone: (401) 782-9229**
**Fax: (401) 782-9225**
**Email: Rich.Parenti@necanet.org**

**SIGNATURE PAGE**

**Signed for the IBEW Local Unions**

Local Union _____

Print Name _____
(Print)

Sign here _____
(Signature)

Title _____

Date _____


Local Union _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Print Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(Print)

Sign here _____
(Signature)

Title _____

Date _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


Local Union _____

Print Name _____
(Print)

Sign here _____
(Signature)

Title _____

Date _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**Signed for NECA or Individual Employer**

NECA Chapter **/** Company _____

   Print Name _____
(Print)

   Sign here _____
(Signature)

   Title _____

   Date _____


NECA Chapter **/** Company _____

Print Name _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
(Print)

Sign here _____
(Signature)

Title _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

Date _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _


NECA Chapter **/** Company _____

   Print Name _____
(Print)

   Sign here _____
(Signature)

   Title _____

   Date _____